**Exhibit 1**

**Puneet Agarwal**

Hi boss. I just got a number from internet and watsapp number. Then I messaged on that number asking for some girl available. They sent me 8 photos n I choose the most bad one. When I reached hotel , the one they told me to reach , she was already sitting there. Then I make payment and came back

Nov 23, 2018, 12:53 AM

**Brent Oxley**

I was confused on your story. Who is this girl you gave money to and paid for a room on? how did you meet her?

Nov 22, 2018, 8:12 PM

**Exhibit 1**

**Puneet Agarwal**

Yes sir. I ordered bottle of red wine. I just want to feel 7 star environment and peace with myself.when U reach Delhi sir. Already so many days

Nov 22, 2018, 7:07 AM

**Brent Oxley**

Were in Mumbai for 2 more nights. What does giving self party mean? You having a few drinks? We're about to go to dinner.

Nov 22, 2018, 6:49 AM

**Puneet Agarwal**

I just saw someone similar face n body in hotel the Lalit. I came here alone booked one suite from money which u sent sir. I am giving party to myself

Nov 22, 2018, 6:23 AM

**Exhibit 1**

**Puneet Agarwal**

I need rest . N write more letters tonight for pm

Nov 22, 2018, 7:18 AM