**Exhibit 4**

**From:** "Courtdisputes@godaddy.com" <Courtdisputes@godaddy.com>
**Subject: RE: Domains lucked**
**Date:** January 13, 2020 at 1:38:57 PM CST
**To:** "brent@oxley.com" <brent@oxley.com>

Dear Brent,

We have been notified that per documents filed in the District Court in Alwar, Rajasthan, the domain names below are the subject of a legal dispute:

HYBRID.COM, DISTRIBUTE.COM, ADMIRER.COM, DRONE.COM, CIA.COM, DEMOLISH.COM, EMIR.COM, DARM.COM, BRIDE.COM, ADVISE.COM, FLUTE.COM, LOANTAP.COM, JEWEL.COM, ITEM.COM, PIANO.COM, DEVOTE.COM, VTOK.COM, ATHLETE.COM, BONJOUR.COM, VALENTINE.COM, DUST.COM, DETECT.COM, VIAJE.COM, MESSAGE.COM

The court ordered that the domain names are to be locked pending further order of the court. Accordingly, we have locked the domain names.

If you have any questions regarding these actions or this court case, please contact the Court or Plaintiff's Counsel directly. Contact information for Plaintiff's Counsel can be found below:

Puneet Agarwal
a.puneet07@gmail.com

Kind regards,

Lisa
Disputes Administrator
GoDaddy
Claim: 2454573

---

**From:** Brent Oxley <brent@oxley.com>
**Sent:** Saturday, January 11, 2020 8:21 PM
**To:** Courtdisputes-GD <Courtdisputes@godaddy.com>
**Subject:** Re: Domains lucked

Notice: This email is from an external sender.

You've tied up millions of dollars worth of my domains. Can you get off script for a second and give me a clue to what is going on?

**Exhibit 4**

I'm not a scammer and can easily Be googled of who I am. I sold [hostgator.com](hostgator.com) for $300mm a few years ago. Let me know what's happening. Thank you

Sent from my iPhone

> On Jan 11, 2020, at 7:32 PM, "[Courtdisputes@godaddy.com](Courtdisputes@godaddy.com)" <[Courtdisputes@godaddy.com](Courtdisputes@godaddy.com)> wrote:
>
> Dear Brent Oxley,
>
> We have received your emails and are looking into the particulars of the domain locks. We will respond when we have more information.
>
> Best,
>
> **Christopher Patterson**
> GoDaddy | Manager, Domain Compliance & Advanced Support
>
> **From:** Brent Oxley <[brent@oxley.com](brent@oxley.com)>
> **Sent:** Friday, January 10, 2020 6:43 PM
> **To:** Courtdisputes-GD <[Courtdisputes@godaddy.com](Courtdisputes@godaddy.com)>
> **Subject:** Re: Domains lucked
>
> Notice: This email is from an external sender.
>
> Can I please get an update? It's been over 24 hours and I haven't heard anything from you all.
>
> Sincerely,
>
> Brent Oxley
>
> ---------------------------------
> [https://link.zixcentral.com/u/a6166da4/fP60wfJ16hGRhTD6hnsoMg?u=http%3A%2F%2Fwww.oxhuntingranch.com](https://link.zixcentral.com/u/a6166da4/fP60wfJ16hGRhTD6hnsoMg?u=http%3A%2F%2Fwww.oxhuntingranch.com)
> [https://link.zixcentral.com/u/e19631eb/xhi1wfJ16hGTJTD6hnsoMg?u=http%3A%2F%2Fwww.drivetanks.com](https://link.zixcentral.com/u/e19631eb/xhi1wfJ16hGTJTD6hnsoMg?u=http%3A%2F%2Fwww.drivetanks.com)
> [https://link.zixcentral.com/u/8e4ef532/hC21wfJ16hGWTzD6hnsoMg?u=http%3A%2F%2Fwww.oxley.com](https://link.zixcentral.com/u/8e4ef532/hC21wfJ16hGWTzD6hnsoMg?u=http%3A%2F%2Fwww.oxley.com)
> ---------------------------------
>
> > On Jan 9, 2020, at 3:48 PM, Brent Oxley <[brent@oxley.com](brent@oxley.com)> wrote:
> >
> > Hello,

**Exhibit 4**

I logged into my account today Customer #: 353204

and all of the following domains of mine are showing locked and saying I need to email you.
Can you tell me what's going on? Please call me at 561-866-9539

**hybrid.com**
**item.com**
**loantap.com**
message.com
**jewel.com**
**message.com**
**piano.com**
**valentine.com**
viaje.com
vtok.com

Sincerely,

Brent Oxley

---------------------------------
https://link.zixcentral.com/u/a6166da4/fP60wfJ16hGRhTD6hnsoMg?u=http%3A%2F
%2Fwww.oxhuntingranch.com
https://link.zixcentral.com/u/e19631eb/xhi1wfJ16hGTJTD6hnsoMg?u=http%3A%2F
%2Fwww.drivetanks.com
https://link.zixcentral.com/u/8e4ef532/hC21wfJ16hGWTzD6hnsoMg?u=http%3A%2F
%2Fwww.oxley.com
---------------------------------