# Exhibit 5

Skip to Navigation | Skip to Main Content | Site map    A- A A+ (A) A  Language English

Search Menu

Download eCourts Services App :

Back

## CJ JD Alwar District HQ

### Case Details

| Case Type | CIVIL SUIT | | |
|---|---|---|---|
| Filing Number | 858/2019 | Filing Date | 15-11-2019 |
| Registration Number | 399/2019 | Registration Date | 15-11-2019 |
| CNR Number | RJAL040009502019  *(Note the CNR number for future reference)* | | *View QR Code / Cause Title* |

**CNR Number**

**Case Status**

| | Case Status |
|---|---|
| First Hearing Date | 30th November 2019 |
| Next Hearing Date | 20th July 2020 |
| Stage of Case | Awaiting Services of notices/ summons |
| Court Number and Judge | 10-CJ and JM No1 |

**Court Orders**

### Petitioner and Advocate

1) PUNIT AGARWAL
   Advocate- BHUPENDRA KUMAR SONI

**Cause List**

### Respondent and Advocate

1) GO DADDY INDIA WEB SERVICES PVT. LTD.
2) BRENT OXELEY



**Caveat Search**

### Acts

| Under Act(s) | Under Section(s) |
|---|---|
| Code of Civil Procedure | SUIT |

**Location**

### History of Case Hearing

| Judge | Business On Date | Hearing Date | Purpose of hearing |
|---|---|---|---|
| CJ and JM No1 | 30-11-2019 | 28-01-2020 | Awaiting Services of notices/ summons |
| CJ and JM No1 | 28-01-2020 | 17-04-2020 | Awaiting Services of notices/ summons |
| CJ and JM No1 | 17-04-2020 | 20-07-2020 | Awaiting Services of notices/ summons |

About Us | Terms and Conditions
Newsletter | Copy Right Policy
Forms for Advocates | Hyper Linking Policy
Help Videos | Privacy Policy
Site map | Accessibility
Contact Us | Statement
Web Information Manager | Screen Reader Access
| Disclaimer



This site is designed, hosted and maintained by National Informatics Centre (NIC) Ministry of Electronics & Information Technology, Government of India.

Last Reviewed and Updated on : 05 February 2020

Download eCourts Services App :

S3 © 2016 eCommittee Supreme Court of India. All Rights Reserved

1/2

Skip to Navigation | Skip to Main Content | Site map     A- A A+ (A) A  Language English

### Search Menu

Download eCourts Services App :

Back

## CJ JD Alwar District HQ

### Case Details

| Case Type | CIVIL MISC. CONNECTED (41) - CIVIL MISC (C) | | |
|---|---|---|---|
| Filing Number | 859/2019 | Filing Date | 15-11-2019 |
| Registration Number | 359/2019 | Registration Date | 15-11-2019 |
| CNR Number | RJAL040009512019  *(Note the CNR number for future reference)* | | *View QR Code / Cause Title* |

**CNR Number**

**Case Status**

| | Case Status |
|---|---|
| First Hearing Date | 30th November 2019 |
| Next Hearing Date | 20th July 2020 |
| Stage of Case | Awaiting Services of notices/ summons |
| Court Number and Judge | 10-CJ and JM No1 |

**Court Orders**

### Petitioner and Advocate

1) PUNIT AGARWAL
   Advocate- BHUPENDRA KUMAR SONI

**Cause List**

### Respondent and Advocate

1) GO DADDY INDIA WEB SERVICES PVT. LTD.
2) BRENT OXELEY


**Caveat Search**

### Acts

| Under Act(s) | Under Section(s) |
|---|---|
| Code of Civil Procedure | MISC. |


**Location**

### History of Case Hearing

| Judge | Business On Date | Hearing Date | Purpose of hearing |
|---|---|---|---|
| CJ and JM No1 | 30-11-2019 | 28-01-2020 | Awaiting Services of notices/ summons |
| CJ and JM No1 | 28-01-2020 | 17-04-2020 | Awaiting Services of notices/ summons |
| CJ and JM No1 | 17-04-2020 | 20-07-2020 | Awaiting Services of notices/ summons |

About Us | Terms and Conditions
Newsletter | Copy Right Policy
Forms for Advocates | Hyper Linking Policy
Help Videos | Privacy Policy
Site map | Accessibility
Contact Us | Statement
Web Information Manager | Screen Reader Access
 | Disclaimer

Last Reviewed and Updated on : 05 February 2020

Download eCourts Services App :

This site is designed, hosted and maintained by National Informatics Centre (NIC), Ministry of Electronics & Information Technology, Government of India.