**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **BRENT OXLEY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CASE NO. 4:20-CV-2388** |
| § | |
| **PUNEET AGARWAL,** § | |
| § | |
| **Defendant.** § | |

## O R D E R

Pending before the Court is Plaintiff Brent Oxley's Motion for Temporary Restraining Order. **(Instrument No. 5)**. Having considered the Motion, responses, and arguments made at the motion hearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order is **DENIED**. **(Instrument No. 5)**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 21st day of July, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**