```
 1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   _____
                                        )
 4   BRENT C. OXLEY,                    )
                Plaintiff,              )
 5                                      )  CIVIL ACTION NO.
     VS.                                )  4:20-CV-2388
 6                                      )
     PUNEET AGARWAL,                    )  10:08 A.M.
 7              Defendant.              )
     _____)
 8

 9                      MOTION HEARING
          BEFORE THE HONORABLE VANESSA D. GILMORE
10                     JULY 21, 2020

11   APPEARANCES: (All parties appeared via video conference.)

12   FOR PLAINTIFF:
     MR. DANIEL VAUGHN CARSEY
13   Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
     100 North Broadway, Suite 2900
14   Oklahoma City, Oklahoma  73102
     (405)553-2313
15
     COURT REPORTER:
16   Heather Alcaraz, FCRR, RMR
     Official Court Reporter
17   515 Rusk, Suite 8004
     Houston, Texas  77002
18   (713)250-5584

19

20

21

22

23

24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer.
```

PROCEEDINGS

_____

    *(The following proceedings were held via video conference.)*

* * *

    **THE COURT:**  All right.  Good morning.  I'm calling the case of Oxley versus Agarwal, Case No. 20-2388.

    And who is appearing for the plaintiff, please?

    **MR. CARSEY:**  Your Honor, Dan Carsey of Hall Estill for the plaintiff.

    **THE COURT:**  All right.  Hi, Mr. Carsey.

    I do not do, generally, ex parte TROs, and so my case manager did try to reach out to the defendant and did advise Mr. Agarwal that we would be doing this hearing today by Zoom. He did not want to -- he had some, I don't know, hesitation about using Zoom because he didn't think it was a secure platform.  Probably isn't, but, nonetheless, that's what we're using.

    So he did send a couple of responses to my case manager regarding this matter.  We have -- I told my case manager to file those documents as a response to the motion for temporary restraining order.  So they have actually been filed. And then he filed yesterday, I guess, a request for appointment of counsel -- or request that we appoint him counsel, and so we filed that as a motion for appointment of counsel just yesterday.

10:10:05  1      So I have some written responses that I've gotten from
    2 the defendant, and I will consider those to be the defendant's
    3 responses to the temporary restraining order.

10:10:18  4      But then let me get to you, Mr. Carsey, because,
    5 really, what you're asking for almost seems like you're asking
    6 for relief against GoDaddy, not against Mr. Agarwal.  He
    7 certainly has the right to pursue a lawsuit in India, if he
    8 wants to, and GoDaddy has the right to say, Hmm, while this is
    9 up in the air, we think we'll exercise our rights under the
   10 contract and just sort of, like, call King's X, like, put the
   11 stuff in the registry of the court, for lack of a better -- you
   12 know, for a comparison, and we're just not going to get involved
   13 in this dispute between these people while they're fighting.

10:11:00  14      And what you're asking me to do is to, essentially,
   15 make GoDaddy do something, not Mr. Agarwal.  I can't tell him
   16 not to file a lawsuit.

10:11:10  17      **MR. CARSEY:**  Your Honor, I will tell you that as -- as
   18 a Generation Xer, the domain world is certainly complex.  I will
   19 tell you that we are in direct communication with GoDaddy.com --

10:11:30  20      **THE COURT:**  Okay.

10:11:31  21      **MR. CARSEY:**  -- they've been copied on all --

10:11:33  22      **THE COURT:**  The U.S. one, or the India one?

10:11:36  23      **MR. CARSEY:**  GoDaddy.com, LLC, which is U.S. --

10:11:39  24      **THE COURT:**  Okay.

10:11:39  25      **MR. CARSEY:**  -- and one of the things I wanted to walk

1  the Court through, if I -- if it may please the Court, I was

2  going to go through a little bit of -- of -- of the provisions

3  in the agreement --

10:11:48  4       THE COURT:  The GoDaddy agreement, you mean?

10:11:50  5       MR. CARSEY:  Yes, the GoDaddy agreement.

10:11:52  6       THE COURT:  Okay.  Right.

10:11:52  7       MR. CARSEY:  And then I had some -- some -- I have

8  about seven exhibits on a presentation, if I could go through

9  those with you.  Is there a way that the Court would permit me

10  to share the screen?

10:12:06  11      THE COURT:  Byron, can you do that, or not?

10:12:11  12      THE CASE MANAGER:  Hey, Judge.  I believe I can.

10:12:18  13      THE COURT:  But can -- before you do that, can I get

14  an answer to my question?

10:12:22  15      MR. CARSEY:  Yeah.  So GoDaddy does not want to --

16  they're neutral on this deal.  They do not want --

10:12:28  17      THE COURT:  Right.

10:12:28  18      MR. CARSEY:  -- to engage in a fight.  They want --

10:12:30  19      THE COURT:  Right.

10:12:31  20      MR. CARSEY:  -- a TRO from the Court.  I have been --

21  that has been communicated to me.  I have also, from the very

22  beginning when we filed the complaint --

10:12:40  23      THE COURT:  Indicated to you by whom in what form?

10:12:47  24      MR. CARSEY:  Paula Zecchini is counsel for -- for

25  GoDaddy.

10:12:50 1          THE COURT:  Uh-huh.

10:12:50 2          MR. CARSEY:  We actually filed a notice of dispute

3   with GoDaddy back in May.  The notice of dispute was because the

4   Federal Arbitration Act applies to disputes that are directly

5   with GoDaddy; however, our dispute really isn't with GoDaddy.

6   Our dispute is with Mr. Agarwal.

10:13:12 7          THE COURT:  I know, but are you saying that you want a

8   TRO telling GoDaddy to release the names?

10:13:19 9          MR. CARSEY:  Yes.  Yes.

10:13:20 10         THE COURT:  So that is really a temporary restraining

11  order against GoDaddy.  It's not against Mr. Agarwal.

10:13:26 12         MR. CARSEY:  Oh, yeah, but he's -- he's -- he's --

13  he's entitled to be notified of this, but, yeah, I've notified

14  GoDaddy, and they're --

10:13:32 15         THE COURT:  I know, but what -- who you're asking me

16  to restrain is GoDaddy from enforcing the provisions of their --

17  of their contract --

10:13:40 18         MR. CARSEY:  Well --

10:13:41 19         THE COURT:  -- and I --

10:13:41 20         MR. CARSEY:  Well --

10:13:41 21         THE COURT:  -- and you don't have a lawsuit against

22  GoDaddy.

10:13:44 23         MR. CARSEY:  Well, in part.  I'm also asking for the

24  Court to enjoin Mr. Agarwal from locking or otherwise

25  obstructing plaintiff's rights to access and use and transfer

1   the --

10:13:56 2          **THE COURT:**  Wait a minute.  Isn't GoDaddy doing that?

3   Because all he did was file a lawsuit, right?

10:14:00 4          **MR. CARSEY:**  No.  GoDaddy isn't doing that.

5   Mr. Agarwal is attacking my client's domains on the marketplace.

6   He is --

10:14:09 7          **THE COURT:**  I know, but I'm saying -- I'm asking --

8   hold on.  Let me make sure I'm getting my question in.

10:14:14 9          He filed his lawsuit in India.  GoDaddy has these

10   names on their platform.  They have said, Hmm, he has filed a

11   lawsuit about it.  You-all say that you're entitled to it as

12   well.  How about we just say King's X, and we're just going to,

13   like, lock them up until you guys get your situation resolved.

10:14:32 14          You're asking me to tell GoDaddy to go ahead and

15   unlock it while there's still litigation, which potentially puts

16   them at risk.

10:14:39 17          **MR. CARSEY:**  No, it does not.  It does not, at all.

18   The reason being is that they are -- they have intentionally not

19   been named a party for that reason.  The reason why -- and I can

20   go through the provisions --

10:14:49 21          **THE COURT:**  No, no.  I'm talking about at risk from

22   Mr. Agarwal.  He can sue them.

10:14:53 23          **MR. CARSEY:**  No, because he doesn't have a contract

24   with GoDaddy.com, LLC.  So there's -- he is contracted with

25   GoDaddy India Web Services, Pvt. Ltd.

10:15:04 1     **THE COURT:** Right.

10:15:04 2     **MR. CARSEY:** Our domains are set with GoDaddy.com,

3 LLC. "Dot com" is the ending of our domains. If you're in

4 India, your domains are going to end with --

10:15:16 5     **THE COURT:** You're misunderstanding me. I'm not

6 saying that he's suing them on a contract that he has with them.

7 He could sue them for tortious interference for giving you Web

8 sites that he -- that they knew he had a claim for.

10:15:28 9     **MR. CARSEY:** Well, no. They can't because the same --

10 the same terms apply to Mr. Agarwal and Mr. Oxley. They can, at

11 their sole discretion at any time, release -- and they have told

12 me directly, All we need is a U.S. court order, because this is

13 a U.S. contract between Mr. Oxley and GoDaddy.com.

10:15:50 14    And quite frankly, I believe GoDaddy's wanting that so

15 that it -- it justifies them releasing.

10:15:58 16    Now, here's the deal: In the provisions in the

17 agreement that I want to show you, one of the --

10:16:04 18     **THE COURT:** Have you figured it out, Byron?

10:16:06 19    Byron, did you figure it out?

10:16:08 20     **THE CASE MANAGER:** Yes. Yes, Your Honor.

10:16:10 21     **THE COURT:** Okay. What does he have to do?

10:16:13 22     **THE CASE MANAGER:** Oh, I'm going to make Mr. Carsey a

23 cohost, and that should give him access.

10:16:19 24     **THE COURT:** Okay.

10:16:19 25     **THE CASE MANAGER:** So I'm doing that now.

```
10:16:21  1          THE COURT:  Okay.

10:16:23  2          THE CASE MANAGER:  He's a cohost.

10:16:24  3          THE COURT:  Okay.  Mr. Carsey, can you go ahead and do
          4  it now?  Do you know how to do it?

10:16:28  5          MR. CARSEY:  Yes.

10:16:29  6          THE COURT:  Once you're a host, you can do the screen
          7  share.

10:16:31  8          MR. CARSEY:  Yeah.  Let me go to the agreement.

10:16:34  9          Yep.  We're going to the -- to the exhibit now.

10:16:39 10          THE COURT:  Okay.

10:16:49 11          MR. CARSEY:  Okay.  Your Honor, I'm going to scroll up
          12  to the page before this.  This is Exhibit 1 to the motion, okay?
          13  This --

10:16:54 14          THE COURT:  The motion that I already have?

10:16:56 15          MR. CARSEY:  Yes.

10:16:56 16          THE COURT:  Okay.  I have that in front of me.

10:16:59 17          MR. CARSEY:  Okay.  Now --

10:17:00 18          THE COURT:  I have --

10:17:01 19          MR. CARSEY:  Yes.  Exhibit 1.

10:17:04 20          THE COURT:  Right.  I have the whole motion in front
          21  of me.  I mean, I have the motion, but is there something -- is
          22  it different than what I have?

10:17:12 23          MR. CARSEY:  No, it's not different than what you
          24  have.

10:17:13 25          THE COURT:  Okay.  Okay.  Okay.
```

10:17:15 1          **MR. CARSEY:**  It's not different, at all.  I'm just --

10:17:17 2          **THE COURT:**  Okay.

10:17:17 3          **MR. CARSEY:**  I wanted to highlight and kind of --

4    because I know the motion's got a bunch of papers to it.

10:17:22 5          **THE COURT:**  Okay.

10:17:22 6          **MR. CARSEY:**  Okay.  So this is where GoDaddy says,

7    Hey, we reserve the right, for any reason, sole discretion to

8    lock, okay?

10:17:29 9              Now, I'll take you down to the next page.

10:17:32 10         **THE COURT:**  Uh-huh.

10:17:33 11         **MR. CARSEY:**  And it says:  (Reading) Threatened legal

12   action without consideration whether such legal action or

13   threatened legal action is eventually determined to be with or

14   without merit.

10:17:43 15         **THE COURT:**  Right.

10:17:44 16         **MR. CARSEY:**  Now, when I --

10:17:45 17         **THE COURT:**  So they saw his lawsuit.  So they just

18   decided to go ahead and lock it so that they didn't face any

19   potential liability.

10:17:51 20         **MR. CARSEY:**  Yes.

10:17:51 21         **THE COURT:**  Okay.

10:17:52 22         **MR. CARSEY:**  Now, in talking with GoDaddy, okay -- and

23   they have been notified on everything in this matter, and they

24   are accepting of an order from the Court telling them to lock

25   it -- is that they didn't want to get into the position of

1  having to decide whether Mr. Agarwal had some exclusive broker

2  agreement -- which there is no such thing.

10:18:15  3        They didn't want to get into the -- the position of

4  having to decide whether he had a right or some court order

5  saying that those had to remain locked, which he doesn't.  They

6  wanted a court to determine whether he has an exclusive

7  broker -- broker -- broker agreement.

10:18:34  8        **THE COURT:**  Right.  They're just a neutral.  They're

9  just caught between the two of you guys, and they don't want any

10  part of y'all's dispute.  They're saying, Hey, King's X.  We're

11  just throwing up our hands, and when y'all get your two disputes

12  figured out, then let us know.

10:18:47  13        **MR. CARSEY:**  Yeah.  And, Your Honor, we have -- in

14  operating our business, this is how we economically operate.  He

15  has no right to say, Well, I can stop you from doing any and all

16  of this.  He has no contract.  He has no legal right, no court

17  order.

10:19:03  18        We found out about the Indian case when GoDaddy.com,

19  LLC, earlier this year informed us that, Hey, we've locked them

20  because GoDaddy has been made aware that they've been sued in

21  India.

10:19:16  22        **THE COURT:**  Right.

10:19:16  23        **MR. CARSEY:**  We said, Okay, GoDaddy.  How do we remedy

24  this?  They said --

10:19:22  25        **THE COURT:**  So you guys are involved in that Indian

1 litigation, as I understand it, correct?

2    **MR. CARSEY:**  No, we're not.  My client has not been

3 served.  In fact, one of the things I wanted to point to your

4 attention, Your Honor, since I'm sharing the screen, if I can --

5 if you can hold on a second, I'm going to zoom out and go to

6 something else here real quick.

7    **THE COURT:**  Okay.

8    Okay.  Because I'm trying to look at something...

9    **MR. CARSEY:**  Okay, Your Honor.  On Exhibit -- on

10 Exhibit 9 that's attached to the motion that I put up here on

11 the screen --

12    **THE COURT:**  Uh-huh.

13    **MR. CARSEY:**  -- his -- his whole ordeal -- he tells us

14 his plan right here, okay?  He says:  (Reading) I'm going to sue

15 GoDaddy.  I'm going to cause the stop of your business, the

16 transfer of these domains -- domains that he does not own, and

17 the ownership is undisputed.

18    What he's claiming is, I've got some exclusive broker

19 agreement that I'm entitled to, you know, all these monies.

20 Well, what's interesting is, is that he has halted the -- the

21 sale of these domains.  So there's no commissions, period, but

22 most importantly, if you look here on the first paragraph at the

23 end of the line, he says:  (Reading) Till now -- and this is in

24 April of this year.

25    He says:  (Reading) Till now, I never, ever thought to

1    bring your other domains in trouble.  But now I will act as you

2    only gave me.  Okay?

10:20:55 3         He's making the statement saying, I'm coming after

4    every domain you've got in the universe.  In fact -- and if --

5    if -- you've probably seen from their responses that they've

6    filed -- or his e-mails that are responses and supplemental

7    response, he added on there an e-mail called

8    "Legal@namecheap.com."  Namecheap.com is another registrar like

9    GoDaddy where my client has other domains that are situated.

10:21:27 10        So not only --

10:21:28 11        **THE COURT:**  You mean in the -- you mean in the India

12   lawsuit?

10:21:31 13        **MR. CARSEY:**  No, no, no, no.  This is with this

14   lawsuit.  Yesterday, he -- he noted -- he added to an e-mail

15   that's in the response at the very top --

10:21:43 16        **THE COURT:**  Okay.  It says this is an e-mail from

17   yesterday, and it says -- da, da, da -- he's in India.  He has

18   21 days to respond.  (Reading) I would like to kindly issue

19   notice --

10:21:56 20        **MR. CARSEY:**  (Indiscernible.)

10:21:56 21        **THE COURT:**  -- (Reading) Namecheap to lock these two

22   domain names as to the registrar.

10:22:01 23        I don't know what that means, he'd like to issue

24   notice to namecheap.  That doesn't have anything to do with me.

25   Obviously, if --

1    **MR. CARSEY:**  Well --

2    **THE COURT:**  -- he wants to be involved in the

3    lawsuit -- wait.  Stop.  We can't talk at the same time.

4    There's a court reporter.  You hear me still talking.

5    Obviously, he wants to add somebody as a third party

6    to this lawsuit.  That's up to him.  I'm not giving him a

7    lawyer.  He's filed a motion for appointment of counsel, but I

8    don't have any ability or means of appointing counsel in a civil

9    case.

10   But hold on a second.  I'm looking for something else

11   that I thought I saw in this message.  I thought that there was

12   something in here saying that Mr. Oxley was already involved and

13   had responded or done something with respect to the litigation

14   in India.  It was either in this message or the one that he sent

15   the day before.

16   Are you saying that that's just completely not true?

17   **MR. CARSEY:**  No.  In fact, Your Honor, we -- we

18   attached to our reply yesterday the -- the court docket, which

19   if you -- it's document No. 9-1, page 1.

20   **THE COURT:**  Oh, I don't have that.  I didn't get that.

21   **MR. CARSEY:**  Okay.

22   **THE COURT:**  Was that something you just filed?

23   **MR. CARSEY:**  I filed it yesterday afternoon in

24   response to his e-mails.

25   **THE COURT:**  I did not see it.  I'm sorry.

10:23:18  1       **MR. CARSEY:**  Well, I attached the court record, and

2    what's happening is every -- every couple of months from

3    April 17th of 2020, January 28th of 2020, on July 20th, 2020,

4    the court keeps saying, Mr. Agarwal, you know, we're still

5    awaiting notices and summons, and that -- GoDaddy in India

6    hasn't even been served with this case.

10:23:52  7       Essentially --

10:23:53  8       **THE COURT:**  Basically, you're saying that it's

9    unlikely that anything is going to come of the cases in India at

10   this point.

10:23:59 11       **MR. CARSEY:**  Absolutely.  He, basically, has filed it

12   and said, Hey, GoDaddy, I'm threatening a legal action.  And

13   GoDaddy's sitting here going, Yeah, you guys go hash it out

14   because, you know, we -- we -- we're not going to be the arbiter

15   of whether, you know, Mr. Agarwal has an exclusive broker

16   agreement on these domains or not.

10:24:22 17       **THE COURT:**  Okay.

10:24:23 18       **MR. CARSEY:**  And --

10:24:24 19       **THE COURT:**  And so you -- he -- your client has not

20   been served in India and has not appeared and not met -- made --

21   filed any notice of appearance, at all, in the court in India?

10:24:33 22       **MR. CARSEY:**  No, Your Honor.

10:24:34 23       **THE COURT:**  So whatever happens in the court in India,

24   that's -- y'all aren't concerned with that at this point in

25   time?

10:24:40 1               **MR. CARSEY:**  No, not at all.

10:24:41 2               **THE COURT:**  The only thing that we're concerned about,

3 then, is this litigation, this lawsuit that your client is

4 concerned about.

10:24:46 5               **MR. CARSEY:**  Yes.  Yes.  Mr. Oxley offices at 2646

6 South Loop Freeway West in Houston, Texas, and -- and, you know,

7 he's got several employees.  He's trying to maintain a business,

8 and it's almost like if this TRO's not entered, then by

9 default --

10:25:07 10              **THE COURT:**  So who is it -- you're saying -- are you

11 representing to me that GoDaddy's lawyer has -- has indicated --

12 and what was her name again, please?

10:25:15 13               **MR. CARSEY:**  Paula Zecchini.

10:25:19 14              **THE COURT:**  Paula Zecchini?

10:25:20 15               **MR. CARSEY:**  Uh-huh.

10:25:20 16              **THE COURT:**  How did you say -- how do you spell that?

10:25:22 17               **MR. CARSEY:**  Let me spell it for you.  Hold on a

18 second.  I'm going to look at the motion.  There was service.

10:25:27 19              It's Z-E-C-C-H-I-N-I, and she's at Cozen O'Connor.

10:25:40 20              **THE COURT:**  In Houston?

10:25:42 21               **MR. CARSEY:**  No.  Seattle, Washington, is where

22 their -- their corporate legal department is.

10:25:48 23              **THE COURT:**  So is GoDaddy India and GoDaddy U.S., are

24 they related in some way?

10:25:55 25               **MR. CARSEY:**  They're -- they're sister entities.

1 They're not -- so, for example, GoDaddy -- GoDaddy, Inc., is the

2 worldwide corporation, and, of course, through GoDaddy, Inc.,

3 you've got ownership. GoDaddy.com, LLC, which is United States,

4 and then the GoDaddy India Web Services, Pvt. Ltd., is India.

10:26:25 5 **THE COURT:** So who are you asking for an injunction

6 against, GoDaddy U.S. or GoDaddy India?

10:26:31 7 **MR. CARSEY:** GoDaddy U.S. and Mr. Agarwal.

10:26:38 8 **THE COURT:** What's the injunction against him? What

9 would I be enjoining him from doing?

10:26:42 10 **MR. CARSEY:** Well --

10:26:42 11 **THE COURT:** Pursuing his litigation, or what?

10:26:44 12 **MR. CARSEY:** No. I am not trying to stop him from

13 pursuing --

10:26:47 14 **THE COURT:** I know, but what is it that I could be

15 enjoining him from doing at this point, doing what?

10:26:51 16 **MR. CARSEY:** Obstructing our ability to sell -- he

17 keeps getting into the middle of our --

10:26:56 18 **THE COURT:** How is he doing that right now? Is it

19 because he filed the lawsuit? Because that's what GoDaddy is

20 saying, right?

10:27:02 21 **MR. CARSEY:** No. He's blasting -- he's blasting

22 e-mails. Let me give you an example, Your Honor. There's-- the

23 next e-mail I want to throw up on the screen --

10:27:10 24 **THE COURT:** E-mails to whom?

10:27:11 25 **MR. CARSEY:** Third -- third parties on the market, and

1    selling these -- trying to sell these domains.

10:27:21 2            Okay.  So right here, it's one -- I'm going to go to

3    the bottom and start just so it's chronological order.  So this

4    is as late -- this is as late as July 16th, okay?  This is

5    Mr. Agarwal's e-mail account.

10:27:38 6            **THE COURT:**  Okay.  And who's --

10:27:39 7            **MR. CARSEY:**  This is a broker.  Kris Howard is a

8    broker -- one of the brokers that Oxley uses.

10:27:46 9            **THE COURT:**  Okay.

10:27:46 10           **MR. CARSEY:**  So Drone.com is one of the domains that

11   is in this group here, and --

10:27:51 12           **THE COURT:**  And Kris Oxley -- Kris --

10:27:54 13           **MR. CARSEY:**  Howard.

10:27:55 14           **THE COURT:**  Kris Howard wrote:  (Reading) How can I

15   help in regards to the Drone.com domain?

10:28:02 16           **MR. CARSEY:**  Yeah.

10:28:02 17           **THE COURT:**  Okay.

10:28:03 18           **MR. CARSEY:**  Mr. Agarwal goes:  (Reading) How much

19   he's asking?

10:28:05 20           And then Kris Howard says:  (Reading) Only accepting

21   serious offers.  However, thank you for the interest.

10:28:11 22           Mr. Agarwal says:  (Reading) One million.

10:28:15 23           **THE COURT:**  Uh-huh.

10:28:15 24           **MR. CARSEY:**  Kris Howard then says:  (Reading) What do

25   you want to use the domain for, and what company do you

1   represent?

10:28:20  2        **THE COURT:**  Uh-huh.

10:28:20  3        **MR. CARSEY:**  He says:  (Reading) What does it matter

4   to you?  Concentrate on money.

10:28:23  5        **THE COURT:**  Wait, wait, wait.  Stop, stop, stop.  I

6   can't -- you're going too fast.

10:28:26  7        Oh, okay.  I see where you are.  (Reading) How does it

8   matter to you?

10:28:30  9        Going up, okay.

10:28:32  10        **MR. CARSEY:**  (Reading) Concentrate on money.  You will

11   get commission.

10:28:34  12        And then Agarwal responds with:  (Reading) By the way,

13   you cannot sell Drone.  It's under legal dispute, and you're

14   marketing for -- you know, I'm not going to speak that way.

10:28:46  15        **THE COURT:**  Okay.  I've heard the word before, you

16   know.

10:28:51  17        **MR. CARSEY:**  As a former law clerk, I respect the

18   Court too much.

10:28:54  19        **THE COURT:**  All right.  Go ahead.  And then what else?

10:28:57  20        **MR. CARSEY:**  This is the kind of stuff that is

21   happening --

10:28:59  22        **THE COURT:**  Okay.  Wait a minute.  I'm lost in terms

23   of what this has to do with what's going on with this case.  I'm

24   lost.

10:29:05  25        Tell me what this -- you said stop him from writing

1   e-mails.  He's negotiating trying to sell Drone.com.  Is

2   Drone.com part of this deal, or what?  I don't understand.

10:29:14  3        **MR. CARSEY:**  No.  Puneet Agarwal is not negotiating

4   Drone.  Kris Howard is the broker, okay?  He's trying to broker

5   a deal for Drone.com.  Mr. Agarwal is inquiring as to, How much

6   you're asking for?  How much you're looking for?  You can't do

7   this.

10:29:30  8        **THE COURT:**  And what?

10:29:31  9        **MR. CARSEY:**  He -- Mr. Agarwal is telling Mr. Howard,

10   You can't sell this.  You can't do this.  It's contempt of

11   court, okay?

10:29:42 12        **THE COURT:**  No, that wasn't Mr. Agarwal saying that.

13   I thought that was Mr. Howard saying that.

10:29:46 14        **MR. CARSEY:**  No.  That's Puneet.  Look at the very top

15   of that page.

10:29:48 16        **THE COURT:**  Okay.  (Reading) By the way, you cannot

17   sell Drone.  It's under legal dispute, and you're marketing

18   for -- and you're marketing for it.

10:29:55 19        Okay.  What -- is Drone part of the legal dispute in

20   India?

10:29:58 21        **MR. CARSEY:**  No.  Well, that I don't know off the top

22   of my head, Your Honor.  I don't know.

10:30:05 23        **THE COURT:**  So -- so there's two legal disputes.

24   There's one in India, and there's one here.  Is Drone part of

25   the legal dispute in this case?

10:30:12  1          **MR. CARSEY:**  Yeah.  Well, all -- all we know is that

2    GoDaddy has locked Drone.com along with the other ones that are

3    listed in the motion.  There's 26 that have been locked.

10:30:23  4          **THE COURT:**  So what was the date of this?  July 16th.

5    So as of July 16th, had GoDaddy locked it?

10:30:28  6          **MR. CARSEY:**  Well, no, this is July 16th of -- of this

7    year.

10:30:32  8          **THE COURT:**  Right, of this year.  Had GoDaddy locked

9    it by -- by then, locked --

10:30:37 10          **MR. CARSEY:**  Yes.  They had it all locked in January

11    of 2020.

10:30:43 12          **THE COURT:**  Oh, since January.  Okay.

10:30:46 13          **MR. CARSEY:**  Yes.

10:30:46 14          **THE COURT:**  And so you're saying he should not have

15    told the guy that it was -- that it was locked because of this

16    dispute?

10:30:54 17          **MR. CARSEY:**  Well, it wasn't -- so contempt of court,

18    I mean, there's been no court order entered whatsoever, at all.

19    There's been a threat of a legal action, which is -- is out

20    there in India, but that has nothing to do with daddy dot --

21    GoDaddy.com, LLC, or Mr. Oxley and his business sitting in

22    Houston, Texas.

10:31:15 23          Our registrar contract is with GoDaddy.com, LLC, not

24    with GoDaddy Web Site [sic] Services, Pvt. Ltd., and so --

10:31:25 25          **THE COURT:**  And so who started this conversation?  Was

1    this Mr. -- the other gentleman writing to him trying to figure

2    out whether he could get a sale as a broker?

10:31:35    3    MR. CARSEY:  Yes.  Basically, he's -- there was a -- I

4    guess -- I'm assuming that Mr. Agarwal reached out because

5    Mr. Kris Howard is writing and saying, How can I help in regards

6    to the Drone.com domain?

10:31:49    7    And, Your Honor, if -- you know, the reality is, is he

8    is going -- this is just an example.  He is blasting me and my

9    law office, my client with e-mails and texts.  I -- you know,

10    one of the things I want to show you on the screen is the text

11    that I -- that my client got from yesterday --

10:32:09    12    THE COURT:  Okay.

10:32:10    13    MR. CARSEY:  -- and it's -- it's certainly harassment.

14    But this is the kind of stuff that we're getting multiple times

15    daily from Mr. Agarwal to my client.

10:32:22    16    THE COURT:  Can you make it any bigger?

10:32:23    17    MR. CARSEY:  Yes.

10:32:25    18    THE COURT:  I can't quite read it.

10:32:27    19    MR. CARSEY:  This was yesterday at 4:24.

10:32:29    20    THE COURT:  Going to start at the top or the bottom?

10:32:32    21    MR. CARSEY:  You can start wherever.  This is just

22    his -- my client is not responding to him, at all, right now.

23    So --

10:32:40    24    THE COURT:  No.  Who is this message from and to?

10:32:42    25    MR. CARSEY:  This message is -- this is Puneet Agarwal

1   at the top, and it's to my client, Mr. Brent Oxley.

10:32:49  2           Go down.

10:32:49  3           **THE COURT:**  Okay.

10:33:04  4      *(The Court reviews document.)*

10:33:05  5           **THE COURT:**  Okay.  So he's just -- he's being an ass,

6   and you want him to stop sending text messages with stupid

7   little pictures and being an asshole?

10:33:16  8           **MR. CARSEY:**  Well, Your Honor --

10:33:17  9           **THE COURT:**  I mean, I could say that, but tell -- tell

10  me how much good that's going to do, for me to say, "Stop

11  sending him text messages."  I could actually issue an order

12  that said that --

10:33:27  13          **MR. CARSEY:**  Yeah.

10:33:27  14          **THE COURT:**  -- "do not contact the plaintiff directly.

15  He has counsel."  Do you think -- do you think that's going to

16  do any good?

10:33:33  17          **MR. CARSEY:**  Your Honor --

10:33:34  18          **THE COURT:**  And if he violates my order, then what do

19  I do?

10:33:37  20          **MR. CARSEY:**  Yeah.  Your Honor, I understand -- I

21  understand exactly your points here.  What my concern is, is

22  that without any action being taken, it essentially means that

23  the shutdown of my client's business, which is completely

24  unfair -- if Mr. Agarwal has money damages to claim, he can seek

25  money damages, but he doesn't get to shut down my client's

1  business without any contract or any legal right to do that.

10:34:03  2          THE COURT:  And tell me what you have beyond money

3  damages, because I'm trying to figure out what the irreparable

4  injury is here.  What do you have beyond money damages?

10:34:12  5          MR. CARSEY:  Well, when I have -- when I look at this,

6  right now we cannot operate our business because domains are

7  locked.  So first of all, that's irreparable because we cannot

8  operate, at all.  We cannot operate our business.

10:34:26  9          It is -- that is very clear, that when you look at,

10  you know, the issue of irreparable harm, you also look to --

11  to -- to rights that are economic, but you also look at the

12  nature and the circumstances upon which those economic rights

13  are established, and, you know, this isn't a dollar value loss

14  type deal.

10:34:51 15          This is we've got prospective buyers that are unique

16  on the market.  Not everybody's going to want a particular

17  domain.  It's going to be very unique to their business.

10:35:03 18          Right now, we've got -- we've had and we've got

19  several people that are interested in -- in -- in these domains

20  and talking about them, but right now, they don't -- they don't

21  want to get involved in this, at all, and -- and yet, when we

22  look at this, this is completely enjoining us from operating our

23  business and enjoying the economic right to operate a business

24  in Houston, Texas.

10:35:32 25          THE COURT:  Okay.  But exactly -- let me make sure --

1  I'm trying to figure out exactly what you're asking this TRO --

2  the TRO is against Mr. Agarwal, and you want me to enjoin him

3  from -- say exactly what you want me to enjoin him from doing.

10:35:46  4        **MR. CARSEY:**  We want to enjoin him from obstructing --

10:35:50  5        **THE COURT:**  No.  "Obstructing" is too vague.  What is

6  it that -- I'm looking at your order for temporary restraining

7  order --

10:35:56  8        **MR. CARSEY:**  Okay.

10:35:56  9        **THE COURT:**  -- and -- and you want a restraining order

10  restraining GoDaddy.com.

10:36:05  11        **MR. CARSEY:**  That's true.

10:36:06  12        **THE COURT:**  So you have -- you're asking for a

13  restraining order against somebody who's not a party to this

14  case.  Let me just tell you this:  I'm not doing that.  I'm not

15  doing any restraining order against GoDaddy.

10:36:17  16        So then tell me what restraining order you want

17  against Mr. Agarwal.

10:36:22  18        **MR. CARSEY:**  Then I want an order enjoining him from

19  lock- -- from locking or interfering with our contractual rights

20  to use --

10:36:42  21        **THE COURT:**  How is he interfering with contractual

22  rights, because he filed that lawsuit?

10:36:48  23        **MR. CARSEY:**  No, Your Honor.  First of all, he has

24  no -- there's no exclusive brokerage agreement -- or no

25  agreement, at all.

10:36:54 1          **THE COURT:** No. I want to know -- I have to be

2    specific. "Interfering," that's just too vague. I have to

3    be -- it has to be something very specific.

10:37:01 4          I will need to know how you say he is interfering

5    because right now, the way that it looks to me that he is

6    interfering, is by virtue of the fact that he filed a lawsuit.

7    And GoDaddy India has been served in that lawsuit, correct?

10:37:18 8          **MR. CARSEY:** From what I understand, not yet.

10:37:21 9          **THE COURT:** I think -- I think they have.

10:37:24 10          **MR. CARSEY:** I don't -- I don't know because I'm not

11    familiar with the lawsuit, at all. All I know is that we have

12    not been served, and we have not even been informed of what the

13    India lawsuit's about.

10:37:36 14          **THE COURT:** Okay. Well -- okay. But so he's got this

15    lawsuit pending in India, and as a result of that, GoDaddy is

16    like, Oh, King's X, we're just going to, like, put a hold on

17    everything until there's some resolution.

10:37:51 18          So "interfering," in this instance, is his pursuit of

19    a claim in a lawsuit in India, is what has caused GoDaddy U.S.

20    to decide to lock up all the domain names here. So when you say

21    interfere, you're saying you want me to send out a restraining

22    order that restrains him from pursuing litigation in India?

23    Because that's what he's doing that's causing GoDaddy to act as

24    it has here in the United States.

10:38:20 25          **MR. CARSEY:** No. What I'm -- what I'm asking the

1  Court is, okay, he is interfering, okay, by claiming that he was

2  a exclusive broker, okay, on these --

10:38:33 3  **THE COURT:**  And he's making that claim where, in the

4  India lit- -- in the India litigation?

10:38:38 5  **MR. CARSEY:**  Well, he is just -- he's just doing this

6  without any purpose whatsoever.

10:38:43 7  **THE COURT:**  I know, but, I mean, that's where he's

8  making that claim.  His claim in the India litigation is that,

9  I'm the one who has the brokerage deal, and he shouldn't be

10  allowed to sell any of this stuff.

10:38:54 11  **MR. CARSEY:**  Yes.

10:38:54 12  **THE COURT:**  So that's where it's happening.  You're

13  saying that you want me to enjoin him from pursuing that

14  litigation in India saying that he's exclusive broker.

10:39:04 15  **MR. CARSEY:**  I don't mind him pursuing the claims, and

16  quite honestly, Your Honor, I can certainly see where you're

17  coming from.  But the reality is, is that if -- if -- if

18  GoDaddy -- in talking to GoDaddy, okay, has said that this is

19  the way that the -- that they do -- handle these matters and get

20  a TRO so that it opens things back up, then that is exactly what

21  we're trying to do under our GoDaddy.com, LLC, contract.

10:39:37 22  He's not -- he's not a party to any agreement with

23  GoDaddy.com, LLC.

10:39:42 24  **THE COURT:**  Okay.  Then you need to sue GoDaddy.  You

25  need to have GoDaddy in here because I'm not enjoining GoDaddy

1    from doing anything in this lawsuit.

10:39:50  2         **MR. CARSEY:**  Well, Your Honor --

10:39:51  3         **THE COURT:**  I'm not issuing an injunction against

4    GoDaddy in a lawsuit between you and Agarwal.

10:39:56  5         **MR. CARSEY:**  Your Honor, if -- if GoDaddy.com, LLC,

6    filed a consent with the Court --

10:40:03  7         **THE COURT:**  If they intervene in this litigation, and

8    then I can have some lawyer to talk to, tell them to intervene

9    as an interested party, if they want to.  But why would you be

10   trying to tell me that I should do a TRO against somebody who's

11   not even a party to this litigation?

10:40:19 12         **MR. CARSEY:**  Your Honor, they -- GoDaddy has said and

13   has consented to this, and that's why I've copied them on this

14   motion --

10:40:26 15         **THE COURT:**  Give me something in writing.  Give me

16   something in writing.

10:40:29 17         **MR. CARSEY:**  Okay.

10:40:29 18         **THE COURT:**  You just telling me, Oh, GoDaddy's good

19   with this, how do I know that, because you said so?

10:40:34 20         **MR. CARSEY:**  Well, Your Honor --

10:40:35 21         **THE COURT:**  Tell them to intervene or to send an

22   affidavit.  Even your -- even your motion for temporary

23   restraining order doesn't have any affidavit attached to it,

24   which is not the norm.

10:40:44 25         **MR. CARSEY:**  The --

10:40:44 1    THE COURT:  I don't even have an affidavit attached to

2  your motion for -- for temporary restraining order.

10:40:49 3    MR. CARSEY:  Your Honor --

10:40:49 4    THE COURT:  A motion for temporary restraining order

5  is supposed to be accompanied by an affidavit, and it's not even

6  accompanied by one.

10:40:55 7    MR. CARSEY:  Your Honor, I'm relying on the verified

8  complaint.

10:41:00 9    THE COURT:  Okay.  Where's the verification, from your

10  client?  Where's his verification?  I don't see a verification

11  from your client.

10:41:1112    MR. CARSEY:  It should have been attached.  I can

13  definitely send it to the Court.  I know we got it.

10:41:1814    THE COURT:  You did?

10:41:1915    MR. CARSEY:  Yes.

10:41:2016    THE COURT:  Okay.  We're looking for it.  Could have

17  overlooked it, but I didn't see it.  I didn't see a

18  verification.

10:41:3319    So where's something in writing from GoDaddy, a

20  verification or an affidavit from them?  You got one that you

21  can send me?

10:41:4022    MR. CARSEY:  No.  I can definitely get one for you to

23  send you.

10:41:4624    THE COURT:  Because right now I'm not going to issue

25  any injunction against them, and the injunction that you want me

1　to issue against Agarwal is, basically, for him not to pursue

2　his litigation in India, and I'm not doing that, either.

10:42:00　3　　　　7A -- I'm looking for the verification.  I do not see

4　a verification.  Do I have one?

10:42:06　5　　　　**MR. CARSEY:**  Your Honor, we had a verification -- what

6　it says -- we have a verification attached to the complaint.

10:42:11　7　　　　**THE COURT:**  Oh, to the complaint, not to the motion.

8　Oh, okay.

10:42:15　9　　　　**MR. CARSEY:**  I was just relying on the verified

10　complaint in the motion.

10:42:19　11　　　　**THE COURT:**  Okay.  Because this temporary restraining

12　order seeks a restraining order against GoDaddy, restraining

13　GoDaddy from locking or otherwise obstructing plaintiff's right

14　of access to and use and transfer.  Okay.  So that's a no

15　because they're not even a party to this case.

10:42:36　16　　　　They want to file an affidavit saying, We're happy to

17　have a restraining order against us.  If we just get one from

18　the Court, we'll do it, file the affidavit.

10:42:44　19　　　　**MR. CARSEY:**  Okay.

10:42:44　20　　　　**THE COURT:**  The damages, blah, blah, blah, and then --

10:42:48　21　　　　**MR. CARSEY:**  Your Honor --

10:42:50　22　　　　**THE COURT:**  Yeah.  There's nothing in here actually

23　restraining Agarwal.  This whole order that you sent me

24　restrains GoDaddy, and GoDaddy alone.

10:42:59　25　　　　**MR. CARSEY:**  Hold on a second.

10:43:01 1        **THE COURT:** (Reading) Defendant was not notified of a

2  hearing --

10:43:03 3        **MR. CARSEY:** GoDaddy.com, LLC, and defendant. So on

4  page 1 --

10:43:09 5        **THE COURT:** Okay.

10:43:10 6        **MR. CARSEY:** -- in the proposed order --

10:43:12 7        **THE COURT:** From locking or otherwise obstructing.

8  Who's the one that locked it? Only GoDaddy has locked it,

9  right?

10:43:17 10        **MR. CARSEY:** Well, yes. He has said --

10:43:20 11        **THE COURT:** Okay.

10:43:20 12        **MR. CARSEY:** He has said that the -- there's a court

13  order that would require them to lock it. I mean, there's just

14  so many e-mails in this thing, Your Honor, I'm trying to

15  simplify for the Court.

10:43:33 16        Your Honor, if I could --

10:43:34 17        **THE COURT:** Here's how you simplify it: Agarwal is an

18  asshole, and you want me to make him stop being an asshole.

19  That's simplifying it because that's literally what this is, at

20  the end of the day. I don't have any ability to do that. I

21  don't have any ability to do that.

10:43:53 22        **MR. CARSEY:** Well, Your Honor --

10:43:53 23        **THE COURT:** These stupid text messages, they're dumb.

24  Can I -- can I make him stop sending these dumb text messages?

25  No, not really.

10:44:01  1        I can -- I can actually do an order that says, "Stop

2    sending text messages to this man.  He is represented by

3    counsel."

10:44:08  4        Okay.  Then what?  He sends another text message, and

5    I say, "I told you to stop doing that," and then what?

10:44:17  6        So let me make sure that I understand something.

7    He -- has he been served, at all, in this lawsuit?  Have you

8    guys served him in this lawsuit?

10:44:25  9        **MR. CARSEY:**  We have -- we have delivered the papers

10   to him.  He has everything, but as far as going through the

11   Central Authority in India, that is in process.  So --

10:44:33 12        **THE COURT:**  Okay.  How long does that take?  I know

13   that those -- those sometimes take a while.  How long does that

14   generally take, or do you have any idea?

10:44:40 15        **MR. CARSEY:**  Well, with the way -- with the way global

16   mailing and everything is going right now, I was shooting --

17   with my request, I was shooting to have a hearing on the

18   preliminary injunction, like, in 20 to 25 days.  I think that we

19   could get it accomplished by then.

10:45:00 20        In the meantime --

10:45:01 21        **THE COURT:**  You can get service -- you can get service

22   by then?

10:45:03 23        **MR. CARSEY:**  Yes.  Yes, yes, yes.

10:45:05 24        **THE COURT:**  Here's my suggestion -- here's my

25   suggestion to you because at the end of the day, the resolution

1    of this whole thing is going to turn on GoDaddy's willingness to

2    go ahead and release the names.

3         Now, if they send -- if they file an affidavit or an

4    intervention in this case saying, "Hey, we're happy to have an

5    order from the Court enjoining us from freezing this" -- "these

6    domain names or this account," then -- you know, then it's a

7    whole different day.  But right now I don't have anything other

8    than you saying, Well, they said it was all right.

9         Okay.  How does that even sound in terms of a

10   representation to the Court?  That just sounds like completely

11   hollow and unsupported, and I'm not buying what you're selling

12   on that one.

13         **MR. CARSEY:**  Well, Your Honor --

14         **THE COURT:**  If they said it was all right, then they

15   should have put it in writing.

16         **MR. CARSEY:**  Well, you're -- you're absolutely right,

17   Your Honor, and that's one of the reasons why, with working with

18   GoDaddy, I -- I have copied GoDaddy's counsel on everything, and

19   I will talk with GoDaddy's counsel, and we will get something

20   for the Court.

21         **THE COURT:**  Okay.  That's fine.  Because if I had

22   something from them, that would make me feel a little bit

23   better.

24         But -- but the other problem is, for me, you're --

25   you're pursuing this claim against Mr. Agarwal for tortious

1  interference, right?

10:46:32  2          **MR. CARSEY:**  Yes.

10:46:35  3          **THE COURT:**  I don't think that you've met the elements

4  of showing that you can win on the merits on a tortious

5  interference claim.

10:46:43  6          **MR. CARSEY:**  Well, Your Honor, that -- that's what I

7  thought the hearing for preliminary injunction was on.  I'm just

8  trying to get a TRO before the hearing on the preliminary

9  injunction.  I mean, I plan on --

10:46:54 10          **THE COURT:**  No, no, no.  Let me make sure that

11  you're -- that you're clearly hearing me.

10:46:59 12          The tortious interference is that by doing what he

13  did, which is filing the lawsuit, he interfered with your

14  contractual arrangement with GoDaddy, except that when he filed

15  the lawsuit, GoDaddy essentially did what they were allowed to

16  do under the contract, that very first document that you showed

17  me, which is they can say King's X and put a hold on everything

18  until litigation between other people is resolved.

10:47:41 19          So that's not evidence of a tortious interference with

20  a contract.  He did what he wanted to do in pursuing litigation.

21  GoDaddy is not actually violating the contract.  They're

22  actually acting in conformance with the contract -- with their

23  contractual rights, and their contractual right is to go ahead

24  and put a hold on the domain names while they wait to see what

25  the outcome of the other litigation might be.

10:48:04 1        So, to me, you're not going to show me that that

2    amounts to tortious interference.  So here's what I was going to

3    say:  My suggestion -- I was trying to say this a few minutes

4    ago.

10:48:14 5        My suggestion to you is that instead of trying to

6    pursue injunctive relief either through a TRO, which I'm not

7    granting today, or a preliminary injunction in 20 days, which

8    I'm unlikely to grant even then because I still don't think that

9    you'll be able to show tortious interference with the contract,

10   because GoDaddy is acting in conformance with the contract, is

11   to tee this thing up for a resolution and a trial on the merits

12   quickly, as soon as you can get service, and we just go ahead

13   and have a trial on the merits, because I don't think you're

14   going to be able to get preliminary injunctive relief.

10:48:52 15        MR. CARSEY:  And, Your Honor, may I --

10:48:56 16        THE COURT:  I'll give you a quick trial between now

17   and the end of the year.

10:48:59 18        MR. CARSEY:  Yeah.  Your Honor, I do appreciate that,

19   and the -- the thing I would ask the Court is if GoDaddy was to

20   give an affidavit in regard to entry of an order, does that --

10:49:15 21        THE COURT:  Tell me how you -- tell me how you show

22   that you're going to win on the merits of a tortious

23   interference claim.

10:49:20 24        MR. CARSEY:  Well, Your Honor, the tortious

25   interference contract claim is -- is much broader than just

1  GoDaddy.  It's interfering with every -- every interested buyer,

2  every -- every buyer of the -- of these domains.  And in regards

3  to Memo.com and Vandalize, those were sold right before the

4  locks, but the issue has been he's been just completely hounding

5  the brokers, hounding the buyers, talking about how, you know,

6  he's deserving of some broker fee and this, that and the

7  other --

10:49:58  8      **THE COURT:**  So what happened with those?  Take that

9  stuff off the screen.  I can't even see you anymore.

10:50:02 10      **MR. CARSEY:**  Oh, sorry.  Sorry.

10:50:07 11      **THE COURT:**  Okay.

10:50:07 12      **MR. CARSEY:**  Thank you, Your Honor.

10:50:08 13      **THE COURT:**  So did those sales get to go through?

10:50:10 14      **MR. CARSEY:**  No.  We've got --

10:50:11 15      **THE COURT:**  They didn't happen?

10:50:12 16      **MR. CARSEY:**  No.  Eight -- we've got eight sales,

17  okay, that did not go through, and --

10:50:18 18      **THE COURT:**  Okay.

10:50:18 19      **MR. CARSEY:**  -- I plan on putting on testimony -- and

20  it's more than just the GoDaddy contract.  This case is going to

21  involve a lot of different contracts relating to his -- the

22  operation of his business and what's been interfered with.

10:50:31 23      Mr. -- Mr. Agarwal has contacted, by e-mail, text,

24  phone calls, several people in the industry that have -- have

25  made it basically -- it has -- impossible to operate Mr. Oxley's

1   business in Houston, Texas.

10:50:49 2          THE COURT:  Okay.  So all these other people -- all

3   these other entities he's interfering with, not just in this

4   relationship between plaintiff and --

10:50:58 5      MR. CARSEY:  Yeah.  The reason why I focus on GoDaddy

6   with regards to the motion is because GoDaddy holds the key to

7   the domains being locked or unlocked.

10:51:05 8          THE COURT:  Okay.  Okay.

10:51:06 9      MR. CARSEY:  But --

10:51:06 10     THE COURT:  So you're saying that you don't want a --

11  a quick disposition on the merits of the entire case --

10:51:13 12     MR. CARSEY:  Oh, no, I would -- no.  Your Honor, I

13  think it's a great idea.

10:51:17 14     THE COURT:  Okay.  Okay.  And you think you can get

15  service in about 30 days.

10:51:24 16     MR. CARSEY:  Yes.  Pretty -- pretty positive.  Right

17  now, central authorities are open, and like I said, you know, I

18  think the -- the tough part here is that, you know, I don't know

19  how -- I don't know Mr. Agarwal's willingness to engage in this

20  matter.  I don't.  It could be --

10:51:52 21     THE COURT:  Well, he, apparently -- he has gotten a

22  copy of the case -- of the lawsuit here.

10:51:56 23     MR. CARSEY:  Yep.

10:51:57 24     THE COURT:  He did write, in one of those -- those

25  responses to the motion, that he understands he has 21 days to

file a response. So maybe if he files a response -- I'm going to rule on the motion for appointment of counsel. That's going to be denied because I don't have any lawyers to appoint to -- to represent him.

And if he -- and if I advise him that he may proceed with filing his own answer in the lawsuit -- that he, you know, doesn't need to have counsel, that he can file a response himself. So if he decides to just go ahead and proceed with filing the response, that -- that, you know, maybe you don't have to wait for the, you know, official notice and all that and service through whatever the proceedings that they have in India.

So I can go ahead -- we can -- I don't know if you need to do any discovery. It doesn't really sound like you do, does it?

**MR. CARSEY:** No. No.

**THE COURT:** So that means that, you know, if we get service, I can go ahead and -- and -- and -- I think -- I mean, you could file motions, but in a sense, I think it would be a waste of time. Instead, I think that you should just get set for a trial date and just do a nonjury trial, because we're not doing jury trials right now, and you don't want to get caught in that --

**MR. CARSEY:** Yes. Yes.

**THE COURT:** My suggestion -- I don't know if you filed

1    it as a jury or nonjury, but my suggestion is just go ahead and

2    file it as a nonjury case, and we try it, like, in October or

3    whatever.

10:53:18    4    **MR. CARSEY:** Yes. Yes. Now, Your Honor, that sounds

5    great, and so if I get the affidavit from GoDaddy, is the --

6    does the Court still lack a willingness to enter in any sort

7    of --

10:53:30    8    **THE COURT:** I don't see how you get a preliminary

9    injunction. I do not see how you get a preliminary injunction.

10:53:34    10    **MR. CARSEY:** I know they're tough. I know they're

11    tough. I just -- you know --

10:53:38    12    **THE COURT:** I mean, I just don't see how -- how, with

13    respect -- I understand what you just explained to me just now,

14    all these other things that he's interfering with. I get it

15    now. There's a whole bunch more than just the GoDaddy

16    situation. But with respect to just GoDaddy, I don't see how

17    you make out a tortious interference claim.

10:53:53    18    **MR. CARSEY:** Uh-huh.

10:53:56    19    **THE COURT:** I just don't see how you get there because

20    they're not -- the -- the -- there's -- by him filing the

21    lawsuit -- I mean, I see that you're saying that it interferes

22    with your ability to go ahead and get GoDaddy to unlock the

23    thing, but they're acting in compliance with the contract. The

24    contract says, We see that there's litigation. We can put a

25    King's X because we don't want to be involved in that.

10:54:22  1          That's not interfering.  They're actually acting in

2      compliance with what their contractual rights are, and -- and

3      I'm not going to enjoin them from -- from doing that, from

4      acting in com- -- in conformance with what they already have the

5      right to do.  So huh-uh.  I'm not doing that.

10:54:39  6          I think you should just go ahead and have a trial on

7      the merits, and then that way GoDaddy -- if you get a ruling in

8      your favor, then GoDaddy's completely off the hook for any

9      potential future litigation, you know, save for what might

10     happen in the courts in India.  But then I'm sure that that --

11     you know, that's not as much concern to GoDaddy U.S. as this

12     case is.  So they would probably be willing to move forward.

10:55:01 13         So let's just --

10:55:02 14         **MR. CARSEY:**  Yeah.

10:55:02 15         **THE COURT:**  Let's just set the case for trial.

10:55:04 16         **MR. CARSEY:**  Okay.  Thank you, Your Honor.  What

17     day --

10:55:06 18         **THE COURT:**  Can I ask you to do this for me?

10:55:08 19         **MR. CARSEY:**  Yes.

10:55:08 20         **THE COURT:**  I'm going to go ahead and issue my one

21     order today.  That's denying the motion for appointment of

22     counsel.  I filed his letter request as a motion for appointment

23     of counsel.  We don't have any counsel.

10:55:20 24         I need you to give me a status report in -- I'm just

25     going to say -- how about 20 days?  And my status report is

1   asking for, Hey, how are you doing on getting service?  That's

2   it.  That's all I really want to know.

10:55:33 3          MR. CARSEY:  Okay.

10:55:36 4          THE COURT:  And -- but maybe in the interim, if

5   Mr. Agarwal files a complaint to the response in the interim,

6   then we will -- you know, we can just go ahead and move forward.

7   I'll give you a -- I'll give you an October trial setting.  I

8   don't know when.

10:55:54 9          MR. CARSEY:  Perfect.

10:55:55 10         THE COURT:  September -- September docket call.

10:55:57 11         Byron, what's the date of docket call?

10:56:05 12         THE CASE MANAGER:  October --

10:56:06 13         THE COURT:  Sorry.  Hold on.  That's what I get for

14  still having a phone at home.  Hold on.  Oh, crud.  It's never

15  anybody.  I don't even know why I still keep a phone.

10:56:25 16         Okay.  I just keep worrying that there's going to be a

17  hurricane one day, and that's going to be the only phone that'll

18  work.

10:56:33 19         Byron, what's the date for September docket call?

10:56:36 20         THE CASE MANAGER:  September 25 at 1:30.

10:56:39 21         THE COURT:  Okay.  September 25 at 1:30 is your docket

22  call.  October trial setting.  One-day bench trial.

10:56:52 23         MR. CARSEY:  And, Your Honor, if I -- I would -- I

24  would take it that -- that we probably -- it'll be kind of up in

25  the air as to where things are, I'm sure, in September and

1    October.  It's -- I know it's been crazy.

10:57:07  2              THE COURT:  In terms of what?

10:57:08  3              MR. CARSEY:  The court.  I guess this would be --

10:57:10  4              THE COURT:  Oh, you mean in terms of whether it'll be

5    live or whether it'll be on Zoom?

10:57:15  6              MR. CARSEY:  Yeah.

10:57:15  7              THE COURT:  We don't know yet.

10:57:17  8              MR. CARSEY:  Yeah.  Yeah.

10:57:17  9              THE COURT:  I mean, ostensibly we can do -- the

10   courthouse is open.  So, ostensibly, we can do bench trials

11   live, if we want to.  We're not doing jury trials, but we're --

12   we could do a bench trial live if -- if there was some reason to

13   do it live and people just wanted to be in the courtroom for

14   some reason.

10:57:39 15              We're -- we're kind of getting all outfitted up with

16   all the plexiglass and all that other nonsense, and -- so we

17   could do -- in fact, I think -- I think I have a bench trial in

18   August live, maybe.  Maybe not.  I don't know.  People may not

19   come.

10:57:55 20              But in any event, it could be either way.  It can

21   either be live, or it can be on -- it can be on Zoom.  How

22   many -- why?  How many witnesses would it be?

10:58:04 23              MR. CARSEY:  Oh, well, I'm -- I'm going to keep it to

24   about three.

10:58:08 25              THE COURT:  Okay.

10:58:09 1        **MR. CARSEY:**  And -- and --

10:58:10 2        **THE COURT:**  I mean, unless you just want to come to

3  Houston, come on down to this Petri dish --

10:58:15 4        **MR. CARSEY:**  Oh, well, Your Honor, I will tell you --

5  and you're right about that.  I actually have practiced in Texas

6  more than I do in Oklahoma.  In fact, I clerked in -- for -- you

7  may know Judge Hines of the Eastern District -- years ago.  He

8  says --

10:58:31 9        **THE COURT:**  No, I don't know -- I don't think so.

10  I've been here --

10:58:35 11       **MR. CARSEY:**  I lived in Beaumont for -- for -- when I

12  graduated from law school, I clerked in Beaumont, Texas, for two

13  years --

10:58:41 14       **THE COURT:**  Okay.

10:58:42 15       **MR. CARSEY:**  -- for Judge Earl Hines.

10:58:44 16       **THE COURT:**  Okay.  That must have been before my time.

17  When -- what year was that?

10:58:50 18       **MR. CARSEY:**  It would have been in 2004 and 2005.

10:58:55 19       **THE COURT:**  I don't know -- I don't know who that is.

20  I was here then.  I don't know the name.

10:58:59 21       **MR. CARSEY:**  Well, that's why I -- I've always said

22  that, you know, the different districts should intermingle more.

10:59:06 23       **THE COURT:**  We -- once a year, we get together -- or

24  once every other year now.  We don't even do it every year now.

25  We do it, like, every -- every other year now.  We didn't even

1  do it this year, obviously, but -- but in any event, that's the

2  way that that goes.

10:59:19  3  But if you -- if you just want to come to Houston, I

4  mean, I'm here. I can -- I can have a bench trial live in the

5  courtroom, or we can do it on video. Doesn't make any

6  difference to me, you know, whichever -- whichever works because

7  I'll probably be back in the courthouse. So it doesn't make me

8  any difference.

10:59:43  9  **MR. CARSEY:** Well, thank you, Your Honor, for the

10  Court's time.

10:59:45  11  **THE COURT:** All right. Take care.

10:59:48  12  **MR. CARSEY:** Take care.

10:59:49  13  **THE COURT:** Uh-huh. Bye-bye.

10:59:50  14  *(Proceedings concluded at 10:59 a.m.)*

15  -o0o-

16  I certify that the foregoing is a correct transcript

17  from the record of proceedings in the above matter to the best

18  of my ability and skill, and that any indiscernible designations

19  are because of audio interference that precluded me from

20  understanding the words spoken.

21

22  Date:  September 10, 2020

23  */s/ Heather Alcaraz*
   Signature of Court Reporter

24

25

**MR. CARSEY: [169]**
**THE CASE MANAGER:**
**[7]** 4/11 7/19 7/21 7/24 8/1
40/11 40/19
**THE COURT: [178]**

**-**

**-- the [1]** 35/21
**-o0o [1]** 43/15

**/**

**/s [1]** 43/23

**1**

**10 [1]** 43/22
**100 [1]** 1/13
**10:08 [1]** 1/6
**10:59 [1]** 43/14
**16th [4]** 17/4 20/4 20/5 20/6
**17th [1]** 14/3
**1:30 [1]** 40/20
**1:30 is [1]** 40/21

**2**

**20 [3]** 31/18 34/7 39/25
**20-2388 [1]** 2/6
**2004 [1]** 42/18
**2005 [1]** 42/18
**2020 [6]** 1/10 14/3 14/3 14/3
20/11 43/22
**20th [1]** 14/3
**21 [3]** 1/10 12/18 36/25
**2313 [1]** 1/14
**2388 [2]** 1/5 2/6
**25 [3]** 31/18 40/20 40/21
**250-5584 [1]** 1/18
**26 [1]** 20/3
**2646 [1]** 15/5
**28th [1]** 14/3
**2900 [1]** 1/13

**3**

**30 [1]** 36/15

**4**

**405 [1]** 1/14
**4:20-CV-2388 [1]** 1/5
**4:24 [1]** 21/19

**5**

**515 [1]** 1/17
**553-2313 [1]** 1/14
**5584 [1]** 1/18

**7**

**713 [1]** 1/18
**73102 [1]** 1/14
**77002 [1]** 1/17
**7A [1]** 29/3

**8**

**8004 [1]** 1/17

**A**

**a.m [2]** 1/6 43/14
**ability [6]** 13/8 16/16 30/20
30/21 38/22 43/18
**able [2]** 34/9 34/14
**above [1]** 43/17
**absolutely [2]** 14/11 32/16
**accepting [2]** 9/24 17/20
**access [3]** 5/25 7/23 29/14
**accompanied [2]** 28/5 28/6
**accomplished [1]** 31/19
**account [2]** 17/5 32/6
**act [3]** 5/4 12/1 25/23
**acting [5]** 33/22 34/10
38/23 39/1 39/4
**action [7]** 1/5 9/12 9/12
9/13 14/12 20/19 22/22
**actually [9]** 2/21 5/2 22/11
29/22 31/1 33/21 33/22 39/1
42/5
**add [1]** 13/5
**added [2]** 12/7 12/14
**advise [2]** 2/12 37/5
**affidavit [10]** 27/22 27/23
28/1 28/5 28/20 29/16 29/18
32/3 34/20 38/5

**after [1]** 12/3
**afternoon [1]** 13/23
**again [1]** 15/12
**against [18]** 3/6 3/6 5/11
5/11 5/21 16/6 16/8 24/2
24/13 24/15 24/17 27/3
27/10 28/25 29/1 29/12
29/17 32/25
**AGARWAL [35]** 1/6 2/6
2/13 3/6 3/15 5/6 5/11 5/24
6/5 6/22 7/10 10/1 14/4
14/15 16/7 17/18 17/22
18/12 19/3 19/5 19/9 19/12
21/4 21/15 21/25 22/24 24/2
24/17 27/4 29/1 29/23 30/17
32/25 35/23 40/5
**Agarwal's [2]** 17/5 36/19
**ago [2]** 34/4 42/7
**agreement [12]** 4/3 4/4 4/5
5/7 7/8 8/8 10/2 10/7 11/19
14/16 24/24 24/25 26/22
**ahead [15]** 6/14 8/3 9/18
18/19 32/2 33/23 34/12 37/8
37/13 37/18 38/1 38/22 39/6
39/20 40/6
**air [2]** 3/9 40/25
**Alcaraz [2]** 1/16 43/23
**allowed [2]** 26/10 33/15
**alone [1]** 29/24
**along [1]** 20/2
**already [3]** 8/14 13/12 39/4
**always [1]** 42/21
**amounts [1]** 34/2
**another [2]** 12/8 31/4
**answer [2]** 4/14 37/6
**anybody [1]** 40/15
**anymore [1]** 35/9
**anything [4]** 12/24 14/9
27/1 32/7
**apparently [1]** 36/21
**appearance [1]** 14/21
**APPEARANCES [1]** 1/11
**appeared [2]** 1/11 14/20
**appearing [1]** 2/7

## A

**applies [1]** 5/4
**apply [1]** 7/10
**appoint [2]** 2/23 37/3
**appointing [1]** 13/8
**appointment [6]** 2/22 2/24 13/7 37/2 39/21 39/22
**appreciate [1]** 34/18
**April [2]** 11/24 14/3
**April 17th [1]** 14/3
**arbiter [1]** 14/14
**Arbitration [1]** 5/4
**aren't [1]** 14/24
**arrangement [1]** 33/14
**ask [2]** 34/19 39/18
**asking [14]** 3/5 3/5 3/14 5/15 5/23 6/7 6/14 16/5 17/19 19/6 24/1 24/12 25/25 40/1
**ass [1]** 22/5
**asshole [3]** 22/7 30/18 30/18
**assuming [1]** 21/4
**attached [7]** 11/10 13/18 14/1 27/23 28/1 28/12 29/6
**attacking [1]** 6/5
**attention [1]** 11/4
**audio [1]** 43/19
**August [1]** 41/18
**authorities [1]** 36/17
**Authority [1]** 31/11
**awaiting [1]** 14/5
**aware [1]** 10/20

## B

**back [3]** 5/3 26/20 43/7
**basically [5]** 14/8 14/11 21/3 29/1 35/25
**Beaumont [2]** 42/11 42/12
**been [26]** 2/21 3/21 4/20 4/21 6/19 9/23 10/20 10/20 11/2 14/6 14/20 20/3 20/18 20/19 25/7 25/12 25/12 28/12 31/7 35/4 35/4 35/22 41/1 42/10 42/16 42/18

**before [8]** 1/9 4/13 8/12 13/15 18/15 33/8 35/3 42/16
**beginning [1]** 4/22
**being [6]** 6/18 22/5 22/7 22/22 30/18 36/7
**believe [2]** 4/12 7/14
**bench [5]** 40/22 41/10 41/12 41/17 43/4
**best [1]** 43/17
**better [2]** 3/11 32/23
**better -- you [1]** 3/11
**between [7]** 3/13 7/13 10/9 27/4 33/18 34/16 36/4
**beyond [2]** 23/2 23/4
**bigger [1]** 21/16
**bit [2]** 4/2 32/22
**blah [3]** 29/20 29/20 29/20
**blasting [3]** 16/21 16/21 21/8
**bottom [2]** 17/3 21/20
**BRENT [2]** 1/4 22/1
**bring [1]** 12/1
**broader [1]** 34/25
**Broadway [1]** 1/13
**broker [14]** 10/1 10/7 10/7 10/7 11/18 14/15 17/7 17/8 19/4 19/4 21/2 26/2 26/14 35/6
**brokerage [2]** 24/24 26/9
**brokers [2]** 17/8 35/5
**bunch [2]** 9/4 38/15
**business [13]** 10/14 11/15 15/7 20/21 22/23 23/1 23/6 23/8 23/17 23/23 23/23 35/22 36/1
**buyer [2]** 35/1 35/2
**buyers [2]** 23/15 35/5
**buying [1]** 32/11
**bye [2]** 43/13 43/13
**Bye-bye [1]** 43/13
**Byron [5]** 4/11 7/18 7/19 40/11 40/19

## C

**call [5]** 3/10 40/10 40/11 40/19 40/22
**called [1]** 12/7
**calling [1]** 2/5
**calls [1]** 35/24
**can't [9]** 3/15 7/9 13/3 18/6 19/6 19/10 19/10 21/18 35/9
**cannot [5]** 18/13 19/16 23/6 23/7 23/8
**care [2]** 43/11 43/12
**CARSEY [6]** 1/12 2/8 2/10 3/4 7/22 8/3
**case [19]** 2/6 2/6 2/11 2/18 2/19 10/18 13/9 14/6 18/23 19/25 24/14 29/15 32/4 35/20 36/11 36/22 38/2 39/12 39/15
**cases [1]** 14/9
**caught [2]** 10/9 37/22
**cause [1]** 11/15
**caused [1]** 25/19
**causing [1]** 25/23
**central [2]** 31/11 36/17
**certainly [4]** 3/7 3/18 21/13 26/16
**certify [1]** 43/16
**chronological [1]** 17/3
**circumstances [1]** 23/12
**City [1]** 1/14
**civil [2]** 1/5 13/8
**claim [11]** 7/8 22/24 25/19 26/3 26/8 26/8 32/25 33/5 34/23 34/25 38/17
**claiming [2]** 11/18 26/1
**claims [1]** 26/15
**clear [1]** 23/9
**clearly [1]** 33/11
**clerk [1]** 18/17
**clerked [2]** 42/6 42/12
**client [11]** 11/2 12/9 14/19 15/3 21/9 21/11 21/15 21/22 22/1 28/10 28/11
**client's [3]** 6/5 22/23 22/25
**cohost [2]** 7/23 8/2
**com [2]** 7/3 39/4

## C

come [5]  14/9 41/19 42/2 42/3 43/3
coming [2]  12/3 26/17
commission [1]  18/11
commissions [1]  11/21
communicated [1]  4/21
communication [1]  3/19
company [1]  17/25
comparison [1]  3/12
complaint [6]  4/22 28/8 29/6 29/7 29/10 40/5
completely [6]  13/16 22/23 23/22 32/10 35/4 39/8
complex [1]  3/18
compliance [2]  38/23 39/2
computer [1]  1/25
Concentrate [2]  18/4 18/10
concern [2]  22/21 39/11
concerned [3]  14/24 15/2 15/4
concluded [1]  43/14
conference [2]  1/11 2/3
conformance [3]  33/22 34/10 39/4
consent [1]  27/6
consented [1]  27/13
consider [1]  3/2
consideration [1]  9/12
contact [1]  22/14
contacted [1]  35/23
contempt [2]  19/10 20/17
contract [19]  3/10 5/17 6/23 7/6 7/13 10/16 20/23 23/1 26/21 33/16 33/20 33/21 33/22 34/9 34/10 34/25 35/20 38/23 38/24
contracted [1]  6/24
contracts [1]  35/21
contractual [6]  24/19 24/21 33/14 33/23 33/23 39/2
conversation [1]  20/25
copied [3]  3/21 27/13 32/18
copy [1]  36/22

corporate [1]  15/22
corporation [1]  16/2
correct [3]  11/1 25/7 43/16
could [14]  4/8 7/7 16/14 21/2 22/9 22/11 28/16 30/16 31/19 36/20 37/19 41/12 41/17 41/20
counsel [15]  2/23 2/23 2/24 4/24 13/7 13/8 22/15 31/3 32/18 32/19 37/2 37/7 39/22 39/23 39/23
couple [2]  2/18 14/2
course [1]  16/2
court [38]  1/1 1/15 1/16 3/11 4/1 4/1 4/9 4/20 5/24 7/12 9/24 10/4 10/6 10/16 13/4 13/18 14/1 14/4 14/21 14/23 18/18 19/11 20/17 20/18 22/4 26/1 27/6 28/13 29/18 30/12 30/15 32/5 32/10 32/20 34/19 38/6 41/3 43/23
Court's [1]  43/10
courthouse [2]  41/10 43/7
courtroom [2]  41/13 43/5
courts [1]  39/10
Cozen [1]  15/19
crazy [1]  41/1
crud [1]  40/14
CV [1]  1/5

## D

da [3]  12/17 12/17 12/17
daddy [1]  20/20
daily [1]  21/15
damages [5]  22/24 22/25 23/3 23/4 29/20
Dan [1]  2/8
DANIEL [1]  1/12
date [5]  20/4 37/21 40/11 40/19 43/22
day [7]  13/15 30/20 31/25 32/7 39/17 40/17 40/22
days [6]  12/18 31/18 34/7 36/15 36/25 39/25

deal [6]  4/16 7/16 19/2 19/5 23/14 26/9
decide [3]  10/1 10/4 25/20
decided [1]  9/18
decides [1]  37/8
default [1]  15/9
defendant [5]  1/7 2/12 3/2 30/1 30/3
defendant's [1]  3/2
definitely [2]  28/13 28/22
delivered [1]  31/9
denied [1]  37/3
denying [1]  39/21
department [1]  15/22
deserving [1]  35/6
designations [1]  43/18
determine [1]  10/6
determined [1]  9/13
didn't [9]  2/15 9/18 9/25 10/3 13/20 28/17 28/17 35/15 42/25
difference [2]  43/6 43/8
different [6]  8/22 8/23 9/1 32/7 35/21 42/22
direct [1]  3/19
directly [3]  5/4 7/12 22/14
discovery [1]  37/14
discretion [2]  7/11 9/7
dish [1]  42/3
disposition [1]  36/11
dispute [11]  3/13 5/2 5/3 5/5 5/6 10/10 18/13 19/17 19/19 19/25 20/16
disputes [3]  5/4 10/11 19/23
DISTRICT [3]  1/1 1/1 42/7
districts [1]  42/22
DIVISION [1]  1/2
docket [5]  13/18 40/10 40/11 40/19 40/21
document [3]  13/19 22/4 33/16
documents [1]  2/20
does [13]  4/15 6/17 6/17 7/21 11/16 18/3 18/7 31/12

**D**

**does...** [5]  31/13 32/9 34/20 37/15 38/6

**doesn't** [9]  6/23 10/5 12/24 22/25 27/23 37/7 37/14 43/5 43/7

**doing** [23]  2/13 6/2 6/4 7/25 10/15 16/9 16/15 16/15 16/18 24/3 24/14 24/15 25/23 26/5 27/1 29/2 31/5 33/12 37/22 39/3 39/5 40/1 41/11

**dollar** [1]  23/13

**domain** [10]  3/18 12/4 12/22 17/15 17/25 21/6 23/17 25/20 32/6 33/24

**domains** [16]  6/5 7/2 7/3 7/4 11/16 11/16 11/21 12/1 12/9 14/16 17/1 17/10 23/6 23/19 35/2 36/7

**done** [1]  13/13

**dot** [2]  7/3 20/20

**down** [4]  9/9 22/2 22/25 42/3

**Drone** [5]  18/13 19/4 19/17 19/19 19/24

**Drone.com** [7]  17/10 17/15 19/1 19/2 19/5 20/2 21/6

**dumb** [2]  30/23 30/24

**E**

**e-mail** [6]  12/7 12/14 12/16 16/23 17/5 35/23

**e-mails** [7]  12/6 13/24 16/22 16/24 19/1 21/9 30/14

**Earl** [1]  42/15

**earlier** [1]  10/19

**Eastern** [1]  42/7

**economic** [3]  23/11 23/12 23/23

**economically** [1]  10/14

**eight** [2]  35/16 35/16

**either** [5]  13/14 29/2 34/6 41/20 41/21

**elements** [1]  33/3

**else** [3]  11/6 13/10 18/19

**employees** [1]  15/7

**end** [5]  7/4 11/23 30/20 31/25 34/17

**ending** [1]  7/3

**enforcing** [1]  5/16

**engage** [2]  4/18 36/19

**enjoin** [6]  5/24 24/2 24/3 24/4 26/13 39/3

**enjoining** [6]  16/9 16/15 23/22 24/18 26/25 32/5

**enjoying** [1]  23/23

**enter** [1]  38/6

**entered** [2]  15/8 20/18

**entire** [1]  36/11

**entities** [2]  15/25 36/3

**entitled** [3]  5/13 6/11 11/19

**entry** [1]  34/20

**essentially** [4]  3/14 14/7 22/22 33/15

**established** [1]  23/13

**Estill** [2]  1/13 2/8

**even** [14]  14/6 25/12 27/11 27/22 27/22 28/1 28/5 29/15 32/9 34/8 35/9 40/15 42/24 42/25

**event** [2]  41/20 43/1

**eventually** [1]  9/13

**ever** [1]  11/25

**every** [11]  12/4 14/2 14/2 35/1 35/1 35/2 35/2 42/24 42/24 42/25 42/25

**everybody's** [1]  23/16

**everything** [6]  9/23 25/17 31/10 31/16 32/18 33/17

**evidence** [1]  33/19

**ex** [1]  2/11

**exactly** [5]  22/21 23/25 24/1 24/3 26/20

**example** [3]  16/1 16/22 21/8

**except** [1]  33/14

**exclusive** [7]  10/1 10/6 11/18 14/15 24/24 26/2

26/14

**exercise** [1]  3/9

**exhibit** [5]  8/9 8/12 8/19 11/9 11/10

**Exhibit 1** [2]  8/12 8/19

**Exhibit 9** [1]  11/10

**exhibits** [1]  4/8

**explained** [1]  38/13

**F**

**face** [1]  9/18

**fact** [6]  11/3 12/4 13/17 25/6 41/17 42/6

**familiar** [1]  25/11

**far** [1]  31/10

**fast** [1]  18/6

**favor** [1]  39/8

**FCRR** [1]  1/16

**Federal** [1]  5/4

**fee** [1]  35/6

**feel** [1]  32/22

**few** [1]  34/3

**fight** [1]  4/18

**fighting** [1]  3/13

**figure** [4]  7/19 21/1 23/3 24/1

**figured** [2]  7/18 10/12

**file** [10]  2/20 3/16 6/3 29/16 29/18 32/3 37/1 37/7 37/19 38/2

**filed** [20]  2/21 2/22 2/24 4/22 5/2 6/9 6/10 12/6 13/7 13/22 13/23 14/11 14/21 16/19 24/22 25/6 27/6 33/14 37/25 39/22

**files** [2]  37/1 40/5

**filing** [4]  33/13 37/6 37/9 38/20

**fine** [1]  32/21

**first** [4]  11/22 23/7 24/23 33/16

**focus** [1]  36/5

**following** [1]  2/3

**foregoing** [1]  43/16

**form** [1]  4/23

**F**

former **[1]** 18/17
forward **[2]** 39/12 40/6
found **[1]** 10/18
frankly **[1]** 7/14
Freeway **[1]** 15/6
freezing **[1]** 32/5
front **[2]** 8/16 8/20
future **[1]** 39/9

**G**

Gable **[1]** 1/13
gave **[1]** 12/2
generally **[2]** 2/11 31/14
Generation **[1]** 3/18
gentleman **[1]** 21/1
getting **[5]** 6/8 16/17 21/14
40/1 41/15
GILMORE **[1]** 1/9
give **[9]** 7/23 16/22 27/15
27/15 34/16 34/20 39/24
40/7 40/7
giving **[2]** 7/7 13/6
global **[1]** 31/15
GoDaddy **[76]**
GoDaddy's **[8]** 7/14 14/13
15/11 27/18 32/1 32/18
32/19 39/8
GoDaddy.com **[14]** 3/19
3/23 6/24 7/2 7/13 10/18
16/3 20/21 20/23 24/10
26/21 26/23 27/5 30/3
goes **[2]** 17/18 43/2
going **[43]** 3/12 4/2 6/12 7/4
7/22 8/9 8/11 11/5 11/14
11/15 14/9 14/13 14/14
15/18 17/2 18/6 18/9 18/14
18/23 21/8 21/20 22/10
22/15 23/16 23/17 25/16
28/24 31/10 31/16 32/1 34/1
34/2 34/14 34/22 35/20 37/1
37/2 39/3 39/20 39/25 40/16
40/17 41/23
Golden **[1]** 1/13

good **[4]** 2/5 22/10 22/16
27/18
got **[14]** 9/4 11/18 12/4 15/7
16/3 21/11 23/15 23/18
23/18 25/14 28/13 28/20
35/14 35/16
gotten **[2]** 3/1 36/21
graduated **[1]** 42/12
grant **[1]** 34/8
granting **[1]** 34/7
great **[2]** 36/13 38/5
group **[1]** 17/11
guess **[3]** 2/22 21/4 41/3
guy **[1]** 20/15
guys **[5]** 6/13 10/9 10/25
14/13 31/8

**H**

Hall **[2]** 1/13 2/8
halted **[1]** 11/20
handle **[1]** 26/19
hands **[1]** 10/11
happen **[2]** 35/15 39/10
happened **[1]** 35/8
happening **[3]** 14/2 18/21
26/12
happens **[1]** 14/23
happy **[2]** 29/16 32/4
harassment **[1]** 21/13
Hardwick **[1]** 1/13
harm **[1]** 23/10
hash **[1]** 14/13
hasn't **[1]** 14/6
have **[71]**
having **[3]** 10/1 10/4 40/14
he **[88]**
he'd **[1]** 12/23
he's **[32]** 5/12 5/12 5/12
5/13 7/6 8/2 11/18 12/3
12/17 13/7 15/7 15/7 16/21
16/21 17/19 19/1 19/4 21/3
22/5 22/5 25/14 25/23 26/3
26/5 26/7 26/14 26/22 26/22
35/4 35/6 36/3 38/14
head **[1]** 19/22

hear **[1]** 13/4
heard **[1]** 18/15
hearing **[7]** 1/9 2/13 30/2
31/17 33/7 33/8 33/11
Heather **[2]** 1/16 43/23
held **[1]** 2/3
help **[2]** 17/15 21/5
her **[1]** 15/12
here **[20]** 11/6 11/10 11/14
11/22 13/12 14/13 17/2
17/11 19/24 22/21 23/4
25/20 25/24 26/25 29/22
36/18 36/22 42/10 42/20
43/4
here's **[5]** 7/16 30/17 31/24
31/24 34/2
hesitation **[1]** 2/14
Hey **[7]** 4/12 9/7 10/10
10/19 14/12 32/4 40/1
Hi **[1]** 2/10
highlight **[1]** 9/3
him **[29]** 2/23 3/15 7/23
13/6 13/6 16/8 16/9 16/12
16/15 18/25 21/1 21/22 22/6
22/11 24/2 24/3 24/4 24/18
25/22 26/13 26/15 29/1
30/18 30/24 31/8 31/10 37/4
37/5 38/20
himself **[1]** 37/8
Hines **[2]** 42/7 42/15
his **[18]** 6/9 9/17 11/13
11/13 11/14 12/6 13/24
16/11 20/21 21/22 25/18
26/8 28/10 29/2 35/21 35/22
37/6 39/22
Hmm **[2]** 3/8 6/10
hold **[10]** 6/8 11/5 13/10
15/17 25/16 29/25 33/17
33/24 40/13 40/14
holds **[1]** 36/6
hollow **[1]** 32/11
home **[1]** 40/14
honestly **[1]** 26/16
Honor **[41]** 2/8 3/17 7/20

**H**

**Honor...** [38] 8/11 10/13 11/4 11/9 13/17 14/22 16/22 19/22 21/7 22/8 22/17 22/20 24/23 26/16 27/2 27/5 27/12 27/20 28/3 28/7 29/5 29/21 30/14 30/16 30/22 32/13 32/17 33/6 34/15 34/18 34/24 35/12 36/12 38/4 39/16 40/23 42/4 43/9
**HONORABLE** [1] 1/9
**hook** [1] 39/8
**host** [1] 8/6
**hounding** [2] 35/4 35/5
**HOUSTON** [9] 1/2 1/17 15/6 15/20 20/22 23/24 36/1 42/3 43/3
**Howard** [9] 17/7 17/13 17/14 17/20 17/24 19/4 19/9 19/13 21/5
**however** [2] 5/5 17/21
**huh** [9] 5/1 9/10 11/12 15/15 17/23 18/2 38/18 39/5 43/13
**huh-uh** [1] 39/5
**hurricane** [1] 40/17

**I**

**I'll** [5] 9/9 34/16 40/7 40/7 43/7
**I'm** [58]
**I've** [7] 3/1 5/13 11/18 18/15 27/13 42/10 42/21
**idea** [2] 31/14 36/13
**importantly** [1] 11/22
**impossible** [1] 35/25
**Inc** [2] 16/1 16/2
**India** [34] 3/7 3/22 6/9 6/25 7/4 10/21 12/11 12/17 13/14 14/5 14/9 14/20 14/21 14/23 15/23 16/4 16/4 16/6 19/20 19/24 20/20 25/7 25/13 25/15 25/19 25/22 26/4 26/4 26/8 26/14 29/2 31/11 37/12 39/10
**Indian** [2] 10/18 10/25
**indicated** [2] 4/23 15/11
**indiscernible** [2] 12/20 43/18
**industry** [1] 35/24
**informed** [2] 10/19 25/12
**injunction** [11] 16/5 16/8 27/3 28/25 28/25 31/18 33/7 33/9 34/7 38/9 38/9
**injunctive** [2] 34/6 34/14
**injury** [1] 23/4
**inquiring** [1] 19/5
**instance** [1] 25/18
**instead** [2] 34/5 37/20
**intentionally** [1] 6/18
**interest** [1] 17/21
**interested** [3] 23/19 27/9 35/1
**interesting** [1] 11/20
**interfere** [1] 25/21
**interfered** [2] 33/13 35/22
**interference** [11] 7/7 33/1 33/5 33/12 33/19 34/2 34/9 34/23 34/25 38/17 43/19
**interferes** [1] 38/21
**interfering** [11] 24/19 24/21 25/2 25/4 25/6 25/18 26/1 35/1 36/3 38/14 39/1
**interim** [2] 40/4 40/5
**intermingle** [1] 42/22
**intervene** [3] 27/7 27/8 27/21
**intervention** [1] 32/4
**involve** [1] 35/21
**involved** [6] 3/12 10/25 13/2 13/12 23/21 38/25
**irreparable** [3] 23/3 23/7 23/10
**isn't** [5] 2/16 5/5 6/2 6/4 23/13
**issue** [8] 12/18 12/23 22/11 23/10 28/24 29/1 35/4 39/20
**issuing** [1] 27/3

**it'll** [3] 40/24 41/4 41/5

**J**

**January** [3] 14/3 20/10 20/12
**January 28th** [1] 14/3
**Judge** [3] 4/12 42/7 42/15
**Judge Hines** [1] 42/7
**JULY** [6] 1/10 14/3 17/4 20/4 20/5 20/6
**July 16th** [4] 17/4 20/4 20/5 20/6
**July 20th** [1] 14/3
**jury** [3] 37/22 38/1 41/11
**just** [52]
**justifies** [1] 7/15

**K**

**keep** [3] 40/15 40/16 41/23
**keeps** [2] 14/4 16/17
**key** [1] 36/6
**kind** [5] 9/3 18/20 21/14 40/24 41/15
**kindly** [1] 12/18
**King's** [6] 3/10 6/12 10/10 25/16 33/17 38/25
**knew** [1] 7/8
**know** [63]
**Kris** [8] 17/7 17/12 17/12 17/14 17/20 17/24 19/4 21/5

**L**

**lack** [2] 3/11 38/6
**late** [2] 17/4 17/4
**law** [3] 18/17 21/9 42/12
**lawsuit** [28] 3/7 3/16 5/21 6/3 6/9 6/11 9/17 12/12 12/14 13/3 13/6 15/3 16/19 24/22 25/6 25/7 25/11 25/15 25/19 27/1 27/4 31/7 31/8 33/13 33/15 36/22 37/6 38/21
**lawsuit's** [1] 25/13
**lawyer** [3] 13/7 15/11 27/8
**lawyers** [1] 37/3

## L

**legal [14]** 9/11 9/12 9/13 10/16 12/8 14/12 15/22 18/13 19/17 19/19 19/23 19/25 20/19 23/1
**let [10]** 3/4 6/8 8/8 10/12 15/17 16/22 23/25 24/14 31/6 33/10
**let's [2]** 39/13 39/15
**letter [1]** 39/22
**liability [1]** 9/19
**like [16]** 3/5 3/10 3/10 6/13 12/8 12/18 12/23 15/8 25/16 25/16 31/18 32/10 36/17 37/14 38/2 42/25
**line [1]** 11/23
**listed [1]** 20/3
**lit [1]** 26/4
**literally [1]** 30/19
**litigation [17]** 6/15 11/1 13/13 15/3 16/11 25/22 26/4 26/8 26/14 27/7 27/11 29/2 33/18 33/20 33/25 38/24 39/9
**little [3]** 4/2 22/7 32/22
**live [7]** 41/5 41/11 41/12 41/13 41/18 41/21 43/4
**lived [1]** 42/11
**LLC [11]** 3/23 6/24 7/3 10/19 16/3 20/21 20/23 26/21 26/23 27/5 30/3
**lock [8]** 6/13 9/8 9/18 9/24 12/21 24/19 25/20 30/13
**locked [13]** 10/5 10/19 20/2 20/3 20/5 20/8 20/9 20/10 20/15 23/7 30/8 30/8 36/7
**locking [4]** 5/24 24/19 29/13 30/7
**locks [1]** 35/4
**long [2]** 31/12 31/13
**look [9]** 11/8 11/22 15/18 19/14 23/5 23/9 23/10 23/11 23/22
**looking [5]** 13/10 19/6 24/6 28/16 29/3
**looks [1]** 25/5
**Loop [1]** 15/6
**loss [1]** 23/13
**lost [2]** 18/22 18/24
**lot [1]** 35/21
**Ltd [3]** 6/25 16/4 20/24

## M

**made [3]** 10/20 14/20 35/25
**mail [6]** 12/7 12/14 12/16 16/23 17/5 35/23
**mailing [1]** 31/16
**mails [7]** 12/6 13/24 16/22 16/24 19/1 21/9 30/14
**maintain [1]** 15/7
**make [13]** 3/15 6/8 7/22 21/16 23/25 30/18 30/24 31/6 32/22 33/10 38/17 43/5 43/7
**making [3]** 12/3 26/3 26/8
**man [1]** 31/2
**manager [3]** 2/12 2/19 2/20
**many [3]** 30/14 41/22 41/22
**market [2]** 16/25 23/16
**marketing [3]** 18/14 19/17 19/18
**marketplace [1]** 6/5
**matter [6]** 2/19 9/23 18/3 18/8 36/20 43/17
**matters [1]** 26/19
**may [6]** 4/1 5/3 34/15 37/5 41/18 42/7
**maybe [5]** 37/1 37/9 40/4 41/18 41/18
**mean [16]** 4/4 8/21 12/11 12/11 20/18 22/9 26/7 30/13 33/9 37/18 38/12 38/21 41/4 41/9 42/2 43/4
**means [4]** 12/23 13/8 22/22 37/17
**meantime [1]** 31/20
**mechanical [1]** 1/24
**Memo.com [1]** 35/3
**merit [1]** 9/14
**merits [6]** 33/4 34/11 34/13 34/22 36/11 39/7
**message [5]** 13/11 13/14 21/24 21/25 31/4
**messages [5]** 22/6 22/11 30/23 30/24 31/2
**met [2]** 14/20 33/3
**middle [1]** 16/17
**might [2]** 33/25 39/9
**million [1]** 17/22
**mind [1]** 26/15
**minute [2]** 6/2 18/22
**minutes [1]** 34/3
**misunderstanding [1]** 7/5
**money [6]** 18/4 18/10 22/24 22/25 23/2 23/4
**monies [1]** 11/19
**months [1]** 14/2
**more [4]** 35/20 38/15 42/6 42/22
**morning [1]** 2/5
**most [1]** 11/22
**motion [22]** 1/9 2/20 2/24 8/12 8/14 8/20 8/21 11/10 13/7 15/18 20/3 27/14 27/22 28/2 28/4 29/7 29/10 36/6 36/25 37/2 39/21 39/22
**motion's [1]** 9/4
**motions [1]** 37/19
**move [2]** 39/12 40/6
**MR [2]** 1/12 21/1
**Mr. [43]** 2/10 2/13 3/4 3/6 3/15 5/6 5/11 5/24 6/5 6/22 7/10 7/10 7/13 7/22 8/3 10/1 13/12 14/4 14/15 15/5 16/7 17/5 17/18 17/22 19/5 19/9 19/9 19/12 19/13 20/21 21/4 21/5 21/15 22/1 22/24 24/2 24/17 32/25 35/23 35/23 35/25 36/19 40/5
**Mr. -- Mr. Agarwal [1]** 35/23
**Mr. Agarwal [25]** 2/13 3/6 3/15 5/6 5/11 5/24 6/5 6/22

## M

**Mr. Agarwal... [17]** 7/10 10/1 14/4 14/15 16/7 17/18 17/22 19/5 19/9 19/12 21/4 21/15 22/24 24/2 24/17 32/25 40/5
**Mr. Agarwal's [2]** 17/5 36/19
**Mr. Brent [1]** 22/1
**Mr. Carsey [4]** 2/10 3/4 7/22 8/3
**Mr. Howard [2]** 19/9 19/13
**Mr. Kris [1]** 21/5
**Mr. Oxley [5]** 7/10 7/13 13/12 15/5 20/21
**Mr. Oxley's [1]** 35/25
**much [7]** 17/18 18/18 19/5 19/6 22/10 34/25 39/11
**multiple [1]** 21/14
**must [1]** 42/16
**my [30]** 2/11 2/18 2/19 4/14 6/5 6/8 11/2 12/9 19/22 21/8 21/9 21/11 21/15 21/22 22/1 22/18 22/21 22/23 22/25 31/17 31/24 31/24 34/3 34/5 37/25 38/1 39/20 39/25 42/16 43/18

## N

**name [2]** 15/12 42/20
**namecheap [2]** 12/21 12/24
**namecheap.com [2]** 12/8 12/8
**named [1]** 6/19
**names [7]** 5/8 6/10 12/22 25/20 32/2 32/6 33/24
**nature [1]** 23/12
**need [7]** 7/12 25/4 26/24 26/25 37/7 37/14 39/24
**negotiating [2]** 19/1 19/3
**Nelson [1]** 1/13
**neutral [2]** 4/16 10/8
**never [2]** 11/25 40/14
**next [2]** 9/9 16/23

## O

**no [53]**
**No. [1]** 13/19
**No. 9-1 [1]** 13/19
**nonetheless [1]** 2/16
**nonjury [3]** 37/21 38/1 38/2
**nonsense [1]** 41/16
**norm [1]** 27/24
**North [1]** 1/13
**not [78]**
**noted [1]** 12/14
**nothing [2]** 20/20 29/22
**notice [6]** 5/2 5/3 12/19 12/24 14/21 37/10
**notices [1]** 14/5
**notified [4]** 5/13 5/13 9/23 30/1
**now [30]** 7/16 7/25 8/4 8/9 8/17 9/9 9/16 9/22 11/23 11/25 12/1 16/18 21/22 23/6 23/18 23/20 25/5 28/24 31/16 32/3 32/7 34/16 36/17 37/22 38/4 38/13 38/15 42/24 42/24 42/25

## O

**O'Connor [1]** 15/19
**o0o [1]** 43/15
**obstructing [6]** 5/25 16/16 24/4 24/5 29/13 30/7
**obviously [3]** 12/25 13/5 43/1
**October [5]** 38/2 40/7 40/12 40/22 41/1
**off [3]** 19/21 35/9 39/8
**offers [1]** 17/21
**office [1]** 21/9
**offices [1]** 15/5
**official [2]** 1/16 37/10
**Oh [15]** 5/12 7/22 13/20 18/7 20/12 25/16 27/18 29/7 29/8 35/10 36/12 40/14 41/4 41/23 42/4
**Oklahoma [3]** 1/14 1/14 42/6
**once [3]** 8/6 42/23 42/24

## O

**one [26]** 3/22 3/22 3/25 7/17 11/3 13/14 17/2 17/8 17/10 17/22 19/24 19/24 21/10 26/9 28/6 28/20 28/22 29/4 29/17 30/8 32/12 32/17 36/24 39/20 40/17 40/22
**One million [1]** 17/22
**One-day [1]** 40/22
**ones [1]** 20/2
**only [6]** 12/2 12/10 15/2 17/20 30/8 40/17
**open [2]** 36/17 41/10
**opens [1]** 26/20
**operate [6]** 10/14 23/6 23/8 23/8 23/23 35/25
**operating [2]** 10/14 23/22
**operation [1]** 35/22
**ordeal [1]** 11/13
**order [32]** 2/21 3/5 5/11 7/12 9/24 10/4 10/17 17/3 20/18 22/11 22/18 24/6 24/7 24/9 24/13 24/15 24/16 24/18 25/22 27/23 28/2 28/4 29/12 29/12 29/17 29/23 30/6 30/13 31/1 32/5 34/20 39/21
**ostensibly [2]** 41/9 41/10
**other [15]** 12/1 12/9 20/2 21/1 32/7 32/24 33/18 33/25 35/7 36/2 36/3 38/14 41/16 42/24 42/25
**otherwise [3]** 5/24 29/13 30/7
**our [16]** 3/9 5/5 5/6 7/2 7/3 10/11 10/14 13/18 16/16 16/17 20/23 23/6 23/8 23/22 24/19 26/21
**out [14]** 2/12 7/18 7/19 10/12 10/18 11/5 14/13 20/19 21/2 21/4 23/3 24/1 25/21 38/17
**outcome [1]** 33/25
**outfitted [1]** 41/15
**overlooked [1]** 28/17

**O**

**own [2]** 11/16 37/6
**ownership [2]** 11/17 16/3
**OXLEY [10]** 1/4 2/6 7/10 7/13 13/12 15/5 17/8 17/12 20/21 22/1
**Oxley's [1]** 35/25

**P**

**P.C [1]** 1/13
**page [5]** 8/12 9/9 13/19 19/15 30/4
**page 1 [2]** 13/19 30/4
**papers [2]** 9/4 31/9
**paragraph [1]** 11/22
**part [6]** 5/23 10/10 19/2 19/19 19/24 36/18
**parte [1]** 2/11
**particular [1]** 23/16
**parties [2]** 1/11 16/25
**party [7]** 6/19 13/5 24/13 26/22 27/9 27/11 29/15
**Paula [3]** 4/24 15/13 15/14
**pending [1]** 25/15
**people [7]** 3/13 23/19 33/18 35/24 36/2 41/13 41/18
**Perfect [1]** 40/9
**period [1]** 11/21
**permit [1]** 4/9
**Petri [1]** 42/3
**phone [4]** 35/24 40/14 40/15 40/17
**pictures [1]** 22/7
**plaintiff [6]** 1/4 1/12 2/7 2/9 22/14 36/4
**plaintiff's [2]** 5/25 29/13
**plan [3]** 11/14 33/9 35/19
**platform [2]** 2/16 6/10
**please [3]** 2/7 4/1 15/12
**plexiglass [1]** 41/16
**point [4]** 11/3 14/10 14/24 16/15
**points [1]** 22/21
**position [2]** 9/25 10/3

**positive [1]** 36/16
**potential [2]** 9/19 39/9
**potentially [1]** 6/15
**practiced [1]** 42/5
**precluded [1]** 43/19
**preliminary [7]** 31/18 33/7 33/8 34/7 34/14 38/8 38/9
**presentation [1]** 4/8
**pretty [2]** 36/16 36/16
**probably [5]** 2/16 12/5 39/12 40/24 43/7
**problem [1]** 32/24
**proceed [2]** 37/5 37/8
**proceedings [6]** 1/24 2/1 2/3 37/11 43/14 43/17
**process [1]** 31/11
**produced [1]** 1/25
**proposed [1]** 30/6
**prospective [1]** 23/15
**provisions [4]** 4/2 5/16 6/20 7/16
**PUNEET [4]** 1/6 19/3 19/14 21/25
**purpose [1]** 26/6
**pursue [3]** 3/7 29/1 34/6
**pursuing [7]** 16/11 16/13 25/22 26/13 26/15 32/25 33/20
**pursuit [1]** 25/18
**put [7]** 3/10 11/10 25/16 32/15 33/17 33/24 38/24
**puts [1]** 6/15
**putting [1]** 35/19
**Pvt [3]** 6/25 16/4 20/24

**Q**

**question [2]** 4/14 6/8
**quick [3]** 11/6 34/16 36/11
**quickly [1]** 34/12
**quite [3]** 7/14 21/18 26/16

**R**

**reach [1]** 2/12
**reached [1]** 21/4
**read [1]** 21/18

**Reading [17]** 9/11 11/14 11/23 11/25 12/18 12/21 17/14 17/18 17/20 17/22 17/24 18/3 18/7 18/10 18/12 19/16 30/1
**real [1]** 11/6
**reality [2]** 21/7 26/17
**really [6]** 3/5 5/5 5/10 30/25 37/14 40/2
**reason [7]** 6/18 6/19 6/19 9/7 36/5 41/12 41/14
**reasons [1]** 32/17
**record [2]** 14/1 43/17
**recorded [1]** 1/24
**regard [1]** 34/20
**regarding [1]** 2/19
**regards [4]** 17/15 21/5 35/2 36/6
**registrar [3]** 12/8 12/22 20/23
**registry [1]** 3/11
**related [1]** 15/24
**relating [1]** 35/21
**relationship [1]** 36/4
**release [3]** 5/8 7/11 32/2
**releasing [1]** 7/15
**relief [3]** 3/6 34/6 34/14
**relying [2]** 28/7 29/9
**remain [1]** 10/5
**remedy [1]** 10/23
**reply [1]** 13/18
**report [2]** 39/24 39/25
**reporter [4]** 1/15 1/16 13/4 43/23
**represent [2]** 18/1 37/4
**representation [1]** 32/10
**represented [1]** 31/2
**representing [1]** 15/11
**request [4]** 2/22 2/23 31/17 39/22
**require [1]** 30/13
**reserve [1]** 9/7
**resolution [3]** 25/17 31/25 34/11

## R

**resolved [2]** 6/13 33/18
**respect [4]** 13/13 18/17 38/13 38/16
**respond [1]** 12/18
**responded [1]** 13/13
**responding [1]** 21/22
**responds [1]** 18/12
**response [9]** 2/20 12/7 12/15 13/24 37/1 37/1 37/7 37/9 40/5
**responses [6]** 2/18 3/1 3/3 12/5 12/6 36/25
**restrain [1]** 5/16
**restraining [18]** 2/21 3/3 5/10 24/6 24/9 24/10 24/13 24/15 24/16 25/21 27/23 28/2 28/4 29/11 29/12 29/12 29/17 29/23
**restrains [2]** 25/22 29/24
**result [1]** 25/15
**reviews [1]** 22/4
**right [46]**
**rights [8]** 3/9 5/25 23/11 23/12 24/19 24/22 33/23 39/2
**risk [2]** 6/16 6/21
**RMR [1]** 1/16
**rule [1]** 37/2
**ruling [1]** 39/7
**Rusk [1]** 1/17

## S

**said [15]** 6/10 10/23 10/24 14/12 18/25 22/12 26/18 27/12 27/19 30/10 30/12 32/8 32/14 36/17 42/21
**sale [2]** 11/21 21/2
**sales [2]** 35/13 35/16
**same [3]** 7/9 7/10 13/3
**save [1]** 39/9
**saw [2]** 9/17 13/11
**say [15]** 3/8 6/11 6/12 10/15 15/16 22/9 22/10 24/3 25/4

25/20 31/5 33/17 34/3 34/3 39/25
**saying [24]** 5/7 6/7 7/6 10/5 10/10 12/3 13/12 13/16 14/4 14/8 15/10 16/20 19/12 19/13 20/14 21/5 25/21 26/13 26/14 29/16 32/4 32/8 36/10 38/21
**says [15]** 9/6 9/11 11/14 11/23 11/25 12/16 12/17 17/20 17/22 17/24 18/3 29/6 31/1 38/24 42/8
**school [1]** 42/12
**screen [7]** 4/10 8/6 11/4 11/11 16/23 21/10 35/9
**scroll [1]** 8/11
**Seattle [1]** 15/21
**second [4]** 11/5 13/10 15/18 29/25
**secure [1]** 2/15
**see [16]** 13/25 18/7 26/16 28/10 28/17 28/17 29/3 33/24 35/9 38/8 38/9 38/12 38/16 38/19 38/21 38/24
**seek [1]** 22/24
**seeks [1]** 29/12
**seems [1]** 3/5
**seen [1]** 12/5
**sell [7]** 16/16 17/1 18/13 19/1 19/10 19/17 26/10
**selling [2]** 17/1 32/11
**send [7]** 2/18 25/21 27/21 28/13 28/21 28/23 32/3
**sending [4]** 22/6 22/11 30/24 31/2
**sends [1]** 31/4
**sense [1]** 37/19
**sent [2]** 13/14 29/23
**September [7]** 40/10 40/10 40/19 40/20 40/21 40/25 43/22
**September 25 [2]** 40/20 40/21
**serious [1]** 17/21

**served [7]** 11/3 14/6 14/20 25/7 25/12 31/7 31/8
**service [8]** 15/18 31/21 31/21 34/12 36/15 37/11 37/18 40/1
**service -- you [1]** 31/21
**Services [3]** 6/25 16/4 20/24
**set [3]** 7/2 37/20 39/15
**setting [2]** 40/7 40/22
**seven [1]** 4/8
**several [3]** 15/7 23/19 35/24
**share [2]** 4/10 8/7
**sharing [1]** 11/4
**she's [1]** 15/19
**shooting [2]** 31/16 31/17
**should [8]** 7/23 20/14 27/10 28/12 32/15 37/20 39/6 42/22
**shouldn't [1]** 26/9
**show [5]** 7/17 21/10 34/1 34/9 34/21
**showed [1]** 33/16
**showing [1]** 33/4
**shut [1]** 22/25
**shutdown [1]** 22/23
**sic [1]** 20/24
**Signature [1]** 43/23
**simplify [2]** 30/15 30/17
**simplifying [1]** 30/19
**since [2]** 11/4 20/12
**sister [1]** 15/25
**Site [1]** 20/24
**sites [1]** 7/8
**sitting [2]** 14/13 20/21
**situated [1]** 12/9
**situation [2]** 6/13 38/16
**skill [1]** 43/18
**sold [1]** 35/3
**sole [2]** 7/11 9/7
**some [13]** 2/14 3/1 4/7 4/7 10/1 10/4 11/18 15/24 25/17 27/8 35/6 41/12 41/14
**somebody [3]** 13/5 24/13 27/10

## S

**something [15]**  3/15 8/21 11/6 11/8 13/10 13/12 13/13 13/22 25/3 27/15 27/16 28/19 31/6 32/19 32/22
**sometimes [1]**  31/13
**soon [1]**  34/12
**sorry [4]**  13/25 35/10 35/10 40/13
**sort [2]**  3/10 38/6
**sound [2]**  32/9 37/14
**sounds [2]**  32/10 38/4
**South [1]**  15/6
**SOUTHERN [1]**  1/1
**speak [1]**  18/14
**specific [2]**  25/2 25/3
**spell [2]**  15/16 15/17
**spoken [1]**  43/20
**start [3]**  17/3 21/20 21/21
**started [1]**  20/25
**statement [1]**  12/3
**STATES [3]**  1/1 16/3 25/24
**status [2]**  39/24 39/25
**stenography [1]**  1/24
**still [7]**  6/15 13/4 14/4 34/8 38/6 40/14 40/15
**stop [14]**  10/15 11/15 13/3 16/12 18/5 18/5 18/5 18/25 22/6 22/10 30/18 30/24 31/1 31/5
**stuff [5]**  3/11 18/20 21/14 26/10 35/9
**stupid [2]**  22/6 30/23
**such [2]**  9/12 10/2
**sue [4]**  6/22 7/7 11/14 26/24
**sued [1]**  10/20
**suggestion [6]**  31/24 31/25 34/3 34/5 37/25 38/1
**suing [1]**  7/6
**Suite [2]**  1/13 1/17
**summons [1]**  14/5
**supplemental [1]**  12/6
**supposed [1]**  28/5
**sure [6]**  6/8 23/25 31/6

33/10 39/10 40/25

## T

**take [8]**  9/9 31/12 31/13 31/14 35/8 40/24 43/11 43/12
**taken [1]**  22/22
**talk [3]**  13/3 27/8 32/19
**talking [6]**  6/21 9/22 13/4 23/20 26/18 35/5
**tee [1]**  34/11
**tell [16]**  3/15 3/17 3/19 6/14 18/25 22/9 22/9 23/2 24/14 24/16 27/8 27/10 27/21 34/21 34/21 42/4
**telling [4]**  5/8 9/24 19/9 27/18
**tells [1]**  11/13
**temporary [8]**  2/21 3/3 5/10 24/6 27/22 28/2 28/4 29/11
**terms [5]**  7/10 18/22 32/9 41/2 41/4
**testimony [1]**  35/19
**TEXAS [8]**  1/1 1/17 15/6 20/22 23/24 36/1 42/5 42/12
**text [8]**  21/10 22/6 22/11 30/23 30/24 31/2 31/4 35/23
**texts [1]**  21/9
**than [7]**  8/22 8/23 32/8 34/25 35/20 38/15 42/6
**thank [4]**  17/21 35/12 39/16 43/9
**that [198]**
**that'll [1]**  40/17
**that's [35]**  2/16 11/10 12/15 13/6 13/16 14/24 16/19 19/14 22/10 22/15 23/7 24/11 25/2 25/23 25/23 26/7 26/12 27/13 29/14 30/19 30/19 32/17 32/21 33/6 33/19 37/2 39/1 39/11 39/21 40/1 40/2 40/13 40/17 42/21 43/1
**their [11]**  5/16 5/17 6/10 7/11 12/5 15/22 15/22 23/17

33/22 33/23 39/2

**them [18]**  6/13 6/16 6/22 7/6 7/6 7/7 7/15 9/24 10/19 23/20 27/8 27/13 27/21 28/20 28/25 30/13 32/22 39/3
**then [32]**  2/22 3/4 4/7 10/12 15/3 15/8 16/4 17/20 17/24 18/12 18/19 20/9 22/18 24/16 24/18 26/20 26/24 27/8 29/20 31/4 31/5 31/19 31/22 32/6 32/6 32/14 34/8 39/7 39/8 39/10 40/6 42/20
**there's [20]**  6/15 6/24 11/21 13/4 16/22 19/23 19/24 19/24 20/3 20/18 20/19 24/24 25/17 29/22 30/12 30/13 38/15 38/20 38/24 40/16
**There's-- the [1]**  16/22
**these [19]**  3/13 6/9 11/16 11/19 11/21 12/21 14/16 17/1 17/1 23/19 26/2 26/19 30/23 30/24 32/5 35/2 36/2 36/3 38/14
**they [42]**  2/21 4/16 4/18 6/10 6/18 6/18 7/8 7/9 7/10 7/11 9/17 9/17 9/18 9/23 9/23 9/25 10/3 10/5 10/9 10/24 15/24 20/10 23/20 23/20 25/9 26/19 27/7 27/9 27/12 29/16 32/3 32/3 32/8 32/14 32/14 33/15 33/17 33/24 35/15 37/11 39/4 39/12
**they're [17]**  3/13 4/16 5/14 10/8 10/8 10/10 15/25 15/25 16/1 29/15 30/23 33/21 38/10 38/10 38/20 38/23 39/1
**they've [3]**  3/21 10/20 12/5
**thing [7]**  10/2 15/2 30/14 32/1 34/11 34/19 38/23
**things [6]**  3/25 11/3 21/10

**T**

**things... [3]** 26/20 38/14 40/25
**think [20]** 2/15 3/9 22/15 22/15 25/9 25/9 31/18 33/3 34/8 34/13 36/13 36/14 36/18 37/18 37/19 37/20 39/6 41/17 41/17 42/9
**third [3]** 13/5 16/25 16/25
**this [103]**
**those [12]** 2/20 3/2 4/9 10/5 23/12 31/13 31/13 35/3 35/8 35/13 36/24 36/24
**thought [5]** 11/25 13/11 13/11 19/13 33/7
**threat [1]** 20/19
**threatened [2]** 9/11 9/13
**threatening [1]** 14/12
**three [1]** 41/24
**through [10]** 4/1 4/2 4/8 6/20 16/2 31/10 34/6 35/13 35/17 37/11
**throw [1]** 16/23
**throwing [1]** 10/11
**Till [2]** 11/23 11/25
**time [6]** 7/11 13/3 14/25 37/20 42/16 43/10
**times [1]** 21/14
**today [3]** 2/13 34/7 39/21
**together [1]** 42/23
**told [4]** 2/19 7/11 20/15 31/5
**too [4]** 18/6 18/18 24/5 25/2
**top [5]** 12/15 19/14 19/21 21/20 22/1
**tortious [10]** 7/7 32/25 33/4 33/12 33/19 34/2 34/9 34/22 34/24 38/17
**tough [3]** 36/18 38/10 38/11
**transcript [2]** 1/24 43/16
**transfer [3]** 5/25 11/16 29/14
**trial [13]** 34/11 34/13 34/16 37/21 37/21 39/6 39/15 40/7

40/22 40/22 41/12 41/17 43/4
**trials [3]** 37/22 41/10 41/11
**TRO [8]** 4/20 5/8 24/1 24/2 26/20 27/10 33/8 34/6
**TRO's [1]** 15/8
**TROs [1]** 2/11
**trouble [1]** 12/1
**true [2]** 13/16 24/11
**try [2]** 2/12 38/2
**trying [15]** 11/8 15/7 16/12 17/1 19/1 19/4 21/1 23/3 24/1 26/21 27/10 30/14 33/8 34/3 34/5
**turn [1]** 32/1
**two [5]** 10/9 10/11 12/21 19/23 42/12
**type [1]** 23/14

**U**

**U.S [9]** 3/22 3/23 7/12 7/13 15/23 16/6 16/7 25/19 39/11
**uh [9]** 5/1 9/10 11/12 15/15 17/23 18/2 38/18 39/5 43/13
**Uh-huh [8]** 5/1 9/10 11/12 15/15 17/23 18/2 38/18 43/13
**under [5]** 3/9 18/13 19/17 26/21 33/16
**understand [7]** 11/1 19/2 22/20 22/21 25/8 31/6 38/13
**understanding [1]** 43/20
**understands [1]** 36/25
**undisputed [1]** 11/17
**unfair [1]** 22/24
**unique [2]** 23/15 23/17
**UNITED [3]** 1/1 16/3 25/24
**United States [2]** 16/3 25/24
**universe [1]** 12/4
**unless [1]** 42/2
**unlikely [2]** 14/9 34/8
**unlock [2]** 6/15 38/22
**unlocked [1]** 36/7
**unsupported [1]** 32/11

**until [3]** 6/13 25/17 33/18
**up [13]** 3/9 6/13 8/11 10/11 11/10 13/6 16/23 18/9 25/20 26/20 34/11 40/24 41/15
**upon [1]** 23/12
**us [6]** 10/12 10/19 11/13 23/22 29/17 32/5
**use [4]** 5/25 17/25 24/20 29/14
**uses [1]** 17/8
**using [2]** 2/15 2/17

**V**

**vague [2]** 24/5 25/2
**value [1]** 23/13
**Vandalize [1]** 35/3
**VANESSA [1]** 1/9
**VAUGHN [1]** 1/12
**verification [9]** 28/9 28/10 28/10 28/18 28/20 29/3 29/4 29/5 29/6
**verified [2]** 28/7 29/9
**versus [1]** 2/6
**very [7]** 4/21 12/15 19/14 23/9 23/17 25/3 33/16
**via [2]** 1/11 2/3
**video [3]** 1/11 2/3 43/5
**violates [1]** 22/18
**violating [1]** 33/21
**virtue [1]** 25/6

**W**

**wait [8]** 6/2 13/3 18/5 18/5 18/5 18/22 33/24 37/10
**walk [1]** 3/25
**want [35]** 2/14 4/15 4/16 4/18 5/7 7/17 9/25 10/3 10/9 16/23 17/25 21/10 22/6 23/16 23/21 24/2 24/3 24/4 24/9 24/16 24/18 25/1 25/21 26/13 27/9 28/25 29/16 30/18 36/10 37/22 38/25 40/2 41/11 42/2 43/3
**wanted [6]** 3/25 9/3 10/6 11/3 33/20 41/13

# W

**wanting [1]** 7/14
**wants [3]** 3/8 13/2 13/5
**Washington [1]** 15/21
**wasn't [2]** 19/12 20/17
**waste [1]** 37/20
**way [12]** 4/9 15/24 18/12
18/14 19/16 25/5 26/19
31/15 31/15 39/7 41/20 43/2
**we [60]**
**we'll [2]** 3/9 29/18
**we're [20]** 2/16 3/12 6/12
8/9 10/10 11/2 14/4 14/14
15/2 21/14 25/16 26/21
28/16 29/16 32/4 37/21
41/11 41/11 41/15 41/15
**we've [7]** 10/19 23/15 23/18
23/18 23/18 35/14 35/16
**Web [4]** 6/25 7/7 16/4 20/24
**well [33]** 5/18 5/20 5/23
6/12 7/9 10/15 11/20 13/1
14/1 16/10 19/21 20/1 20/6
20/17 22/8 23/5 25/14 26/5
27/2 27/20 30/10 30/22
31/15 32/8 32/13 32/16 33/6
34/24 36/21 41/23 42/4
42/21 43/9
**were [3]** 2/3 33/15 35/3
**West [1]** 15/6
**what's [7]** 11/20 14/2 16/8
18/23 35/22 40/11 40/19
**whatever [3]** 14/23 37/11
38/3
**whatsoever [2]** 20/18 26/6
**where's [3]** 28/9 28/10
28/19
**wherever [1]** 21/21
**whether [8]** 9/12 10/1 10/4
10/6 14/15 21/2 41/4 41/5
**which [14]** 3/23 6/15 10/2
10/5 13/18 16/3 20/19 22/23
23/12 27/24 33/13 33/17
34/6 34/7
**whichever [2]** 43/6 43/6

**while [5]** 3/8 3/13 6/15
31/13 33/24
**who [8]** 2/7 5/15 15/10 16/5
20/25 21/24 26/9 42/19
**who's [4]** 17/6 24/13 27/10
30/8
**whole [6]** 8/20 11/13 29/23
32/1 32/7 38/15
**whom [2]** 4/23 16/24
**why [8]** 6/19 27/9 27/13
32/17 36/5 40/15 41/22
42/21
**will [10]** 3/2 3/17 3/18 12/1
18/10 25/4 32/19 32/19 40/6
42/4
**willing [1]** 39/12
**willingness [3]** 32/1 36/19
38/6
**win [2]** 33/4 34/22
**without [5]** 9/12 9/14 22/22
23/1 26/6
**witnesses [1]** 41/22
**word [1]** 18/15
**words [1]** 43/20
**work [1]** 40/18
**working [1]** 32/17
**works [1]** 43/6
**world [1]** 3/18
**worldwide [1]** 16/2
**worrying [1]** 40/16
**would [16]** 2/13 4/9 12/18
16/9 27/9 30/13 32/22 34/19
36/12 37/19 39/12 40/23
40/24 41/3 41/22 42/18
**write [1]** 36/24
**writing [7]** 18/25 21/1 21/5
27/15 27/16 28/19 32/15
**written [1]** 3/1
**wrote [1]** 17/14

# X

**Xer [1]** 3/18

# Y

**y'all [2]** 10/11 14/24

**y'all's [1]** 10/10
**yeah [17]** 4/15 5/12 5/13 8/8
10/13 14/13 17/16 20/1
22/13 22/20 29/22 34/18
36/5 39/14 41/6 41/8 41/8
**year [11]** 10/19 11/24 20/7
20/8 34/17 42/17 42/23
42/24 42/24 42/25 43/1
**years [2]** 42/7 42/13
**Yep [2]** 8/9 36/23
**yes [29]** 4/5 5/9 5/9 7/20
7/20 8/5 8/15 8/19 9/20 15/5
15/5 20/10 20/13 21/3 21/17
26/11 28/15 30/10 31/23
31/23 31/23 31/23 33/2
36/16 37/24 37/24 38/4 38/4
39/19
**yesterday [8]** 2/22 2/25
12/14 12/17 13/18 13/23
21/11 21/19
**yet [3]** 23/21 25/8 41/7
**you [163]**
**you'll [1]** 34/9
**you're [36]** 3/5 3/5 3/14
5/15 6/11 6/14 7/3 7/5 8/6
14/8 15/10 18/6 18/13 19/6
19/6 19/17 19/18 20/14 24/1
24/12 25/21 26/12 26/16
32/11 32/16 32/16 32/24
32/25 33/11 33/11 34/1
34/13 34/22 36/10 38/21
42/5
**you've [4]** 12/4 12/5 16/3
33/3
**You-all [1]** 6/11
**your [60]**
**Your Honor [40]** 2/8 3/17
7/20 8/11 10/13 11/9 13/17
14/22 16/22 19/22 21/7 22/8
22/17 22/20 24/23 26/16
27/2 27/5 27/12 27/20 28/3
28/7 29/5 29/21 30/14 30/16
30/22 32/13 32/17 33/6
34/15 34/18 34/24 35/12

## Y

**Your Honor... [6]**  36/12
38/4 39/16 40/23 42/4 43/9

## Z

**Z-E-C-C-H-I-N-I [1]**  15/19
**Zecchini [3]**  4/24 15/13
15/14
**zoom [5]**  2/13 2/15 11/5
41/5 41/21