IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRENT C. OXLEY, an individual, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-CV-02388 |
| PUNEET AGARWAL A/K/A PUNIT AGARWAL, an individual, | § § § | |
| Defendant. | § § | |

**PLAINTIFF'S STATUS REPORT**
(Lawsuits Pending in India)

Plaintiff Brent C. Oxley ("Plaintiff"), by and through his counsel, submits the following report regarding the status of lawsuits commenced by Defendant Puneet Agarwal ("Defendant") that are currently pending in India:

1. There are two lawsuits currently pending in India, being CNR No. RJAL040009502019 and CNR No. RJAL04009512019.

2. Contrary to Defendant's representations in his January 27, 2021, email to Byron Thomas regarding this matter, Plaintiff has not appeared in the lawsuits pending in India, through counsel or otherwise. *See* Affidavit of N. Mohnot and exhibits thereto attached as Exhibit "1."

3. Hearings were held in each case on February 1, 2021, during which the Indian court acknowledged the Defendant has not effected service of process in either case and set both matters for hearing on March 15, 2021. *See id*.

4. As of February 22, 2021, the status of both cases remains "Awaiting Services

[*sic*] of notices/summons." *See id*. Nothing further has been done by the Indian court.

5. Plaintiff has not been served with any pleadings, summonses or notices related to either case. *See id*.

| | |
|---|---|
| Respectfully submitted February 22, 2021. | */s/ Daniel V. Carsey*<br>Daniel V. Carsey, SBN 24050386<br>SD No. 1691607<br>Attorney-in-Charge<br>Seth A. Day, Oklahoma Bar No. 20670*<br>Jared R. Ford, SBN 24117695*<br>**HALL, ESTILL, HARDWICK,**<br>**GABLE, GOLDEN & NELSON, P.C.**<br>100 North Broadway, Suite 2900<br>Oklahoma City, OK 73102<br>Telephone:   (405) 553-2313<br>Facsimile:   (405) 553-2855<br>Email:          dcarsey@hallestill.com<br>                    sday@hallestill.com<br>                    jford@hallestill.com<br><br>**Pro Hac Vice* Application Forthcoming<br><br>**ATTORNEYS FOR PLAINTIFF,**<br>**BRENT C. OXLEY** |

## **CERTIFICATE OF SERVICE**

  This is to certify that on February 22, 2021, a true and correct copy of the above and foregoing was delivered upon the following:

**VIA REGULAR MAIL**

Paula L. Zecchini
Cozen O'Conner
999 Third Avenue, Suite 1900
Seattle, WA 98104

**Attorney for Nonparty,
GoDaddy.com, LLC**

**VIA CM/ECF**

Mr. Puneet Agarwal
a.puneet07@gmail.com

**Defendant**

          */s/ Daniel V. Carsey*
          Daniel V. Carsey