United States District Court
Southern District of Texas
**ENTERED**
June 04, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRENT OXLEY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 4:20-CV-2388 |
| § | |
| PUNEET AGARWAL, § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the Court is Plaintiff Brent Oxley's Motion for Default Judgment or, in the alternative, Judgment on the Pleadings. **(Instrument No. 35)**. Having considered the Motion,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED. (Instrument No. 35)**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 4th day of June, 2021, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**